WWR # 21393729

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Christopher A. Stone<br>Brittanie N. Stone<br><br>           Debtors<br><br>Ford Motor Credit Company LLC<br><br>           Movant<br><br>           v.<br>Christopher A. Stone<br>Brittanie N. Stone<br><br>Ronda A. Winnecour, TRUSTEE<br>           Respondents | **MODIFIED**<br>**DEFAULT O/E JAD**<br>Bankruptcy No. 17-23825-JAD<br><br>Chapter 13<br><br>Related To Doc. No. 25 |

### ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY

This cause came on for hearing this ___21st___ day of ___November___, 2017, in said District, upon the Motion of Ford Motor Credit Company LLC for Relief from Automatic Stay. Upon statements of counsel, the evidence and law:

This Court FINDS that Ford Motor Credit Company LLC, Movant herein, is a creditor of the estate by virtue of a certain Retail Installment Contract with the Debtors, secured by a 2014 Ford Focus, (VIN No.: 1FADP3F26EL449783); that the Movant has not been adequately protected; that the Debtors have no equity in the property and that said property is of inconsequential value to the estate; and that the Movant is entitled to the relief prayed for in accordance with the terms set forth herein.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Ford Motor Credit Company LLC be and is hereby granted relief from the Automatic Stay to take the necessary steps to repossess and liquidate its collateral referenced herein.

In the event that any order is entered in this case granting relief from the automatic stay to a <u>secured creditor</u>, then the Trustee shall make no further disbursements to any creditor on account of any secured claim that is secured by the subject property, unless directed otherwise by further Order of Court.

_____
Honorable Jeffery A. Deller
Chief United States Bankruptcy Judge

Keri P. Ebeck
PA I.D. #91298 kebeck@weltman.com
Weltman, Weinberg & Reis, Co., L.P.A.
436 Seventh Avenue
Suite 2500
Pittsburgh, PA 15219
(412) 338-7102

FILED
11/21/17 2:00 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Christopher A. Stone  
Brittanie N. Stone  
    Debtors

Case No. 17-23825-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr     Page 1 of 1     Date Rcvd: Nov 21, 2017  
                         Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2017.  
db/jdb         Christopher A. Stone,    Brittanie N. Stone,    Route 21 Mobile Home Park--Lot 19,     Carmichaels, PA   15320

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                       TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2017                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2017 at the address(es) listed below:  
          Daniel R. White    on behalf of Joint Debtor Brittanie N. Stone dwhite@zeblaw.com,  
           gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com  
          Daniel R. White    on behalf of Debtor Christopher A. Stone dwhite@zeblaw.com,  
           gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com  
          James   Warmbrodt    on behalf of Creditor    NBS Harley-Davidson Credit Corp bkgroup@kmllawgroup.com  
          Keri P. Ebeck    on behalf of Creditor    Ford Motor Credit Company LLC kebeck@weltman.com,  
           jbluemle@weltman.com  
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                                                              TOTAL: 6