**Form RSC**

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 17–23825–JAD**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

  Christopher A. Stone                    Brittanie N. Stone
  Route 21 Mobile Home Park––Lot 19       fka Brittanie N. Schaum
  Carmichaels, PA 15320                   Route 21 Mobile Home Park––Lot 19
                                          Carmichaels, PA 15320

Social Security No.:
  xxx–xx–5676                             xxx–xx–2141

Employer's Tax I.D. No.:

NAME/ADDRESS OF ATTORNEY FOR DEBTOR        NAME/ADDRESS OF TRUSTEE
Daniel R. White                            Ronda J. Winnecour
Zebley Mehalov & White, p.c.               Suite 3250, USX Tower
18 Mill Street Square                      600 Grant Street
P.O. Box 2123                              Pittsburgh, PA 15219
Uniontown, PA 15401                        Telephone number: 412–471–5566
U.S.A.
Telephone number: 724–439–9200

DATE/TIME/LOCATION OF MEETING OF           CONFIRMATION HEARING DATE/TIME/LOC
CREDITORS                                  January 8, 2018
January 8, 2018                            09:00 AM
09:00 AM                                   3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA
3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA    15219
15219

**FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF
CREDITORS WILL RESULT IN AN ORDER TO SHOW CAUSE WHY
THE CASE SHOULD NOT BE DISMISSED.**

Dated: 11/22/17                            BY THE COURT

                                           Jeffery A. Deller
                                           Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 17-23825-JAD
Christopher A. Stone                                                    Chapter 13
Brittanie N. Stone
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr               Page 1 of 2              Date Rcvd: Nov 22, 2017
                              Form ID: rsc             Total Noticed: 58

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 24, 2017.
```
db/jdb         Christopher A. Stone,   Brittanie N. Stone,   Route 21 Mobile Home Park--Lot 19,
                Carmichaels, PA 15320
14698560      +Aaron's Sales & Lease Ownership,    575 Morgantown Road,   Uniontown, PA 15401-5419
14698561       Allstate Insurance Company,   P.O. Box 4310,   Carol Stream, IL 60197-4310
14713421       Atlantic Broadband,   120 Southmont Boulevard,   Johnstown, PA 15905-4291
14698562     ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One,   c/o TSYS Total Debt Management,   P.O. Box 5155,
                Norcross, GA 30091)
14713422       Cardinal Pediatrics, LLC,   1247 Suncrest Towne Center,   Morgantown, WV 26505-1876
14713423       Carmichaels SD, Cumberland c/o Keystone,   P.O. Box 529,   Irwin, PA 15642-0529
14698563      +Collection Service Center, Inc.,    2917 White Hall Boulevard,   P.O. Box 2060,
                Fairmont, WV 26555-2060
14698564       Cornerstone Care,   7 Glassworks Road,   Greensboro, PA 15338-9507
14698566      +Credit Collections, USA,   16 Distributor Drive--Suite 1,   Morgantown, WV 26501-0121
14698567      +Credit Management, Inc.,   4200 International Parkway,   Carrollton, TX 75007-1912
14698570     ++DIRECTV LLC,   ATTN BANKRUPTCIES,   PO BOX 6550,   GREENWOOD VILLAGE CO 80155-6550
              (address filed with court: Direct TV,   P.O. Box 78626,   Phoenix, AZ 85062-8626)
14698569      +Debt Collection Partners,   11 Commerce Driver--Suite 208,   Westover, WV 26501-3858
14698573      +EOS CCA,   P. O. Box 981025,   Boston, MA 02298-1025
14698575     ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
              (address filed with court: Ford Motor Credit Company, LLC,   National Bankruptcy Service Center,
                P.O. Box 62180,   Colorado Springs, CO 80962)
14698574      +Fidelity Properties,   P.O. Box 2055,   Alliance, OH 44601-0055
14713425      +Fox Ford, Inc.,   743 East High Street,   Wayneburg, PA 15370-1779
14713433       H. James Seese, O.D.,   5605 University Town CenterSuite A,   Morgantown, WV 26501-2292
14712341      +Harley-Davidson Credit Corp.,   PO Box 9013,   Addison, Texas 75001-9013
14698577      +Heiskell King Burns & Tallman Surgical,   600 Suncrest Towne Center--Suite 310,
                Morgantown, WV 26505-0589
14713427      +JC Amos, JD, LLM,   P.O. Box 3040,   Fairmont, WV 26555-3040
14713426      +James Geshay, Jr., D.D.S,   Pediatric Dentistry,   634 Pittsburgh Road,
                Uniontown, PA 15401-2214
14713428       Laboratory Corporation of America,   P.O. Box 2240,   Burlington, NC 27216-2240
14698579       Lendmark Financial Services of WV,   6526 Mall Road,   Morgantown, WV 26501-8525
14698580       MedExpress Billing,   P.O. Box 719,   Dellslow, WV 26531-0719
14698581       Medicredit, Inc.,   P.O. Box 1629,   Maryland Heights, MO 63043-0629
14698582       Mon Health Medical Center,   P.O. Box 660,   Morgantown, WV 26507-0660
14698583       Mon Health Medical Center Clinics,   600 Suncrest Town Centre--Suite 310,
                Morgantown, WV 26505-1873
14713429      +Monongalia General Hospital,   1200 JD Anderson Drive,   Morgantown, WV 26505-3486
14698586      +Quality Asset Recovery,   7 Foster Avenue--Suite 101,   Gibbsboro, NJ 08026-1191
14713431      +Quick Lane at Fox Ford, Inc.,,   901 East High Street,   Waynesburg, PA 15370-1723
14698587      +Radiological Physician Associates,   700 Village Drive,   Fairmont, WV 26554-7985
14713432       Ruby Memorial Hospital,   P.O. Box 1127,   Morgantown, WV 26507-1127
14708828      +SANTANDER CONSUMER USA,   P.O. Box 560284,   Dallas, TX 75356-0284
14698589       Santander Consumer USA,   Attn: Bankruptcy Dept.,   P.O. Box 560284,   Dallas, TX 75356-0284
14713434       Tender Care Pediatric Dentistry,   6583 Route 819 SouthSuite 1,   Mount Pleasant, PA 15666
14713435      +United Bank,   113 Penn Street,   Point Marion, PA 15474-1263
14698591      +University Health Associates,   P.O. Box 776,   Morgantown, WV 26507-0776
14698592      +University Health Associates Dental,   1075 Van Voorhis Road,   Morgantown, WV 26505-3586
14698594      +West Virginia Emergency Physicians,   4350 Fowler Street--Suite 15,   Fort Myers, FL 33901-2699
14698595       West Virginia University Hospitals,   Patient Accounting Office,   P.O. Box 1127,
                Morgantown, WV 26507-1127
14698596       Windstream Communications,   1720 Galleria Boulevard,   Louisville, KY 40290-1908
14713436       Womens Health Care of Morgantown,   1249 Suncrest Towne Centre,   Morgantown, WV 26505-1876
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 23 2017 02:07:15     Pennsylvania Dept. of Revenue,
                Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                Harrisburg, PA  17128-0946
14713424       E-mail/Text: svlainich@communitybank.tv Nov 23 2017 02:08:00     Community Bank,
                100 North Market Street,   P.O. Box 357,   Carmichaels, PA 15320
14724610       E-mail/Text: svlainich@communitybank.tv Nov 23 2017 02:08:00     Community Bank,
                90 W. Chestnut St., Suite 100,   Washington, PA 15301-4524
14698565      +E-mail/Text: bankruptcy_notifications@ccsusa.com Nov 23 2017 02:09:01
                Credit Collection Services,   725 Canton Street,   Norwood, MA 02062-2679
14698568       E-mail/PDF: creditonebknotifications@resurgent.com Nov 23 2017 02:04:37     Credit One Bank,
                P.O. Box 98873,   Las Vegas, NV 89193-8873
14698571       E-mail/Text: Bankruptcy.Consumer@dish.com Nov 23 2017 02:07:43     Dish Network,
                P.O. Box 94063,   Palatine, IL 60094-4063
14698572      +E-mail/Text: bankruptcynotices@dcicollect.com Nov 23 2017 02:08:36     Diversified Consultant,
                10550 Deerwood Park Boulevard,   Jacksonville, FL 32256-0596
14698576       E-mail/Text: bankruptcy.notices@hdfsi.com Nov 23 2017 02:08:41     Harley-Davidson Credit Corp.,
                P.O. Box 22048,   Carson City, NV 89721-2048
```

```
District/off: 0315-2          User: gamr              Page 2 of 2              Date Rcvd: Nov 22, 2017
                              Form ID: rsc            Total Noticed: 58
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
14698578         E-mail/Text: cio.bncmail@irs.gov Nov 23 2017 02:06:47      Internal Revenue Service,
                  P.O. Box 7346,   Philadelphia, PA 19101-7346
14725104         E-mail/PDF: cbp@onemainfinancial.com Nov 23 2017 02:04:27      ONEMAIN,   P.O. BOX 3251,
                  EVANSVILLE, IN 47731-3251
14698584         E-mail/PDF: cbp@onemainfinancial.com Nov 23 2017 02:04:57      One Main Financial,
                  170 Greene Plaza,   Waynesburg, PA 15370-8142
14698585         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 23 2017 02:07:14       PA Department of Revenue,
                  Bankruptcy Division,   P.O. Box 280946,   Harrisburg, PA 17128-0946
14698588        +E-mail/Text: bankruptcy@rentacenter.com Nov 23 2017 02:09:06      Rent-a-Center,
                  207 Wal Mart Drive,   Uniontown, PA 15401-8423
14698590        +E-mail/Text: bankruptcydepartment@tsico.com Nov 23 2017 02:08:46       Transworld Systems, Inc.,
                  500 Virginia Drive--Suite 514,   Fort Washington, PA 19034-2707
14698593        +E-mail/Text: bankruptcy@firstenergycorp.com Nov 23 2017 02:07:52      West Penn Power,
                  1310 Fairmont Avenue,   Fairmont, WV 26554-3526
                                                                                              TOTAL: 15

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Ford Motor Credit Company LLC
cr               NBS Harley-Davidson Credit Corp
14713430       ##+National Bankruptcy Services.com.LLC,   9441 LBJ FreewaySuite 250,   Dallas, TX 75243-4640
                                                                                  TOTALS: 2, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2017 at the address(es) listed below:
```
              Daniel R. White    on behalf of Joint Debtor Brittanie N. Stone dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
              Daniel R. White    on behalf of Debtor Christopher A. Stone dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
              James  Warmbrodt     on behalf of Creditor    NBS Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    Ford Motor Credit Company LLC kebeck@weltman.com,
               jbluemle@weltman.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 6
```