**DEFAULT O/E JAD**

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Christopher A. Stone<br>Brittanie N. Stone fka Brittanie N. Schaum<br>Debtor(s) | |
| Harley-Davidson Credit Corp<br>Movant<br>v.<br>Christopher A. Stone<br>Brittanie N. Stone fka Brittanie N. Schaum<br>Respondent<br>and<br>TRonda J. Winnecour, Trustee<br>Additional Respondent | BANKRUPTCY NO. 17-23825-JAD<br><br>CHAPTER 13<br><br>RELATED TO DOC. NO. 37 |

## ORDER MODIFYING SECTION 362 AUTOMATIC STAY

AND NOW, this 2a' day of Jany, 2018, at Pittsburgh, upon Motion of Harley-Davidson Credit Corp, it is

**ORDERED THAT:** The Automatic Stay is hereby terminated under 11 U.S.C. Sections 362(d) and 1301 (if applicable) as to Movant to permit said creditor, its successors an/or assigns to take possession and sell, lease, and otherwise dispose of the 2014 HARLEY-DAVIDSON FXDC DYNA SUPER GLIDE CUSTOM, VIN: 1HD1GVM17EC302406, in a commercially reasonable manner.

In the event that any order is entered in this case granting relief from the automatic stay to a <u>secured creditor</u>, then the Trustee shall make no further disbursements to any creditor on account of any secured claim that is secured by the subject property, unless directed otherwise by further Order of Court.

_____
Jeffery A. Deller
Chief United States Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
    Christopher A. and Brittanie N. Stone
    David R. White, Esquire
    James C. Warmbrodt, Esquire
    Ronda J. Winnecour, Esquire
    Office of United States Trustee

FILED
1/2/18 1:11 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Christopher A. Stone
Brittanie N. Stone
    Debtors

Case No. 17-23825-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr     Page 1 of 1     Date Rcvd: Jan 02, 2018
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 04, 2018.
db/jdb        Christopher A. Stone,    Brittanie N. Stone,    Route 21 Mobile Home Park--Lot 19,    Carmichaels, PA 15320

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                         TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 04, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 2, 2018 at the address(es) listed below:
        Daniel R. White    on behalf of Joint Debtor Brittanie N. Stone dwhite@zeblaw.com, gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
        Daniel R. White    on behalf of Debtor Christopher A. Stone dwhite@zeblaw.com, gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
        James Warmbrodt    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
        James Warmbrodt    on behalf of Creditor    NBS Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
        Keri P. Ebeck    on behalf of Creditor    Ford Motor Credit Company LLC kebeck@weltman.com, jbluemle@weltman.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                   TOTAL: 7