**2100 B (12/15**)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 17-23825-JAD
Chapter 13

In re: Debtor(s) (including Name and Address)

Christopher A. Stone
Route 21 Mobile Home Park--Lot 19
Carmichaels PA 15320

Brittanie N. Stone
Route 21 Mobile Home Park--Lot 19
Carmichaels PA 15320

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/13/2019.

Name and Address of Alleged Transferor(s):

Claim No. 6: Lendmark Financial Services, LLC, 2118 Usher Street, Covington, GA 30014

Name and Address of Transferee:

Scolopax, LLC
c/o Weinstein & Riley, P.S.
2001 Western Ave, Ste 400
Seattle, WA 98121

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   03/16/19

Michael R. Rhodes
**CLERK OF THE COURT**

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                         Case No. 17-23825-JAD
Christopher A. Stone                                           Chapter 13
Brittanie N. Stone
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0315-2          User: hsmi              Page 1 of 1              Date Rcvd: Mar 14, 2019
                              Form ID: trc            Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 16, 2019.
   NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14735416       E-mail/Text: ktramble@lendmarkfinancial.com Mar 15 2019 02:48:06
                Lendmark Financial Services, LLC,   2118 Usher Street,   Covington, GA 30014
                                                                                              TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 13, 2019 at the address(es) listed below:
         Daniel R. White    on behalf of Joint Debtor Brittanie N. Stone dwhite@zeblaw.com,
          gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
         Daniel R. White    on behalf of Debtor Christopher A. Stone dwhite@zeblaw.com,
          gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
         James Warmbrodt    on behalf of Creditor   Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
         James Warmbrodt    on behalf of Creditor   NBS Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
         James P. Valecko    on behalf of Creditor   Ford Motor Credit Company LLC jvalecko@weltman.com,
          PitEcf@weltman.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 7
```