WWR # 021393739

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| CHRISTOPHER A. STONE, ) | |
| BRITTANIE N. STONE, ) | |
| ) | Bankruptcy No. 17-23825-JAD |
| Debtor, ) | |
| ) | Chapter 13 |
| FORD MOTOR CREDIT COMPANY, LLC, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | |
| CHRISTOPHER A. STONE, Debtor, ) | |
| BRITTANIE N. STONE, Debtor, ) | |
| RONDA J. WINNECOUR, Trustee, ) | |
| Respondents. ) | |

**NOTICE OF HEARING AND RESPONSE DEADLINE**
**REGARDING MOTION OF FORD MOTOR CREDIT COMPANY, LLC**
**FOR RELIEF FROM AUTOMATIC STAY**

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than July 13, 2020, (i.e. seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A hearing will be held on July 22, 2020 at 10:00 a.m. before Judge Jeffery A. Deller in Bankruptcy Court Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219   Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of Service: 6/24/2020

/s/Garry Masterson
Garry Masterson, Bar No. CA297208
Weltman, Weinberg & Reis Co., L.P.A.
Attorney for Movant
965 Keynote Circle
Brooklyn Heights, OH 44131
216-672-6984
gmasterson@weltman.com