Document      Page 1 of 5

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  CHRISTOPHER A STONE<br>BRITTANIE N STONE | CASE NO: 17-23825 JAD<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13<br>ECF Docket Reference No. 80 & 81<br>Hearing Date: October 22, 2020<br>Hearing Time: 9:30 a.m. |

On 8/26/2020, I did cause a copy of the following documents, described below,

Notice of Proposed Modification to Confirmed Plan, Amended Chapter 13 Plan Dated August 25, 2020, and the Court's August 25, 2020, Order upon the Chapter 13 Trustee, Ronda J. Winnecour, by electronic mail and upon all creditors on the attached mailing matrix    ECF Docket Reference No. 80 & 81

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/26/2020

/s/ Daniel R. White
Daniel R. White  78718
Zebley Mehalov & White, P.C.
P.O. Box 2123
Uniontown, PA  15401
724 439 9200

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  CHRISTOPHER A STONE<br>BRITTANIE N STONE | CASE NO: 17-23825 JAD<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13<br>ECF Docket Reference No. 80 & 81<br>Hearing Date: October 22, 2020<br>Hearing Time: 9:30 a.m. |

On 8/26/2020, a copy of the following documents, described below,

Notice of Proposed Modification to Confirmed Plan, Amended Chapter 13 Plan Dated August 25, 2020, and the Court's August 25, 2020, Order upon the Chapter 13 Trustee, Ronda J. Winnecour, by electronic mail and upon all creditors on the attached mailing matrix     ECF Docket Reference No. 80 & 81

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/26/2020

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Daniel R. White
Zebley Mehalov & White, P.C.
P.O. Box 2123
Uniontown, PA  15401

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM
```

| CASE INFO | AARONS SALES LEASE OWNERSHIP | ALLSTATE INSURANCE COMPANY |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>03152<br>CASE 17-23825-JAD<br>WESTERN DISTRICT OF PENNSYLVANIA<br>PITTSBURGH<br>TUE AUG 25 16-19-10 EDT 2020 | 575 MORGANTOWN ROAD<br>UNIONTOWN PA 15401-5431 | PO BOX 4310<br>CAROL STREAM IL 60197-4310 |
| ASHLEY FUNDING SERVICES LLC ITS SUCCESSORS<br>ASSIGNS AS ASSIGNEE OF LABORATORY CORPORATION OF AMERICA HOLDINGS<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | ATLANTIC BROADBAND<br>120 SOUTHMONT BOULEVARD<br>JOHNSTOWN PA 15905-4291 | CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| CARDINAL PEDIATRICS LLC<br>1247 SUNCREST TOWNE CENTER<br>MORGANTOWN WV 26505-1876 | CARMICHAELS SD CUMBERLAND CO KEYSTONE<br>PO BOX 529<br>IRWIN PA 15642-0529 | COLLECTION SERVICE CENTER INC<br>2917 WHITE HALL BOULEVARD<br>PO BOX 2060<br>FAIRMONT WV 26555-2060 |
| COMMUNITY BANK<br>90 W CHESTNUT ST<br>SUITE 100<br>WASHINGTON PA 15301-4524 | CORNERSTONE CARE<br>7 GLASSWORKS ROAD<br>GREENSBORO PA 15338-9507 | WILLIAM E CRAIG<br>MORTON AND CRAIG LLC<br>110 MARTER AVENUE<br>SUITE 301<br>MOORESTOWN NJ 08057-3125 |
| CREDIT COLLECTION SERVICES<br>725 CANTON STREET<br>NORWOOD MA 02062-2679 | CREDIT COLLECTIONS USA<br>16 DISTRIBUTOR DRIVE SUITE 1<br>MORGANTOWN WV 26501-0121 | CREDIT MANAGEMENT INC<br>4200 INTERNATIONAL PARKWAY<br>CARROLLTON TX 75007-1912 |
| CREDIT ONE BANK<br>PO BOX 98873<br>LAS VEGAS NV 89193-8873 | DEBT COLLECTION PARTNERS<br>11 COMMERCE DRIVE SUITE 208<br>WESTOVER WV 26501-3858 | DIRECTV LLC<br>ATTN BANKRUPTCIES<br>PO BOX 6550<br>GREENWOOD VILLAGE CO 80155-6550 |
| DIRECTV LLC<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>PO BOX 5008<br>CAROL STREAM IL 60197-5008 | DISH NETWORK<br>PO BOX 94063<br>PALATINE IL 60094-4063 | DIVERSIFIED CONSULTANT<br>10550 DEERWOOD PARK BOULEVARD<br>JACKSONVILLE FL 32256-0596 |
| EOS CCA<br>P O BOX 981025<br>BOSTON MA 02298-1025 | FIDELITY PROPERTIES<br>PO BOX 2055<br>ALLIANCE OH 44601-0055 | FORD MOTOR CREDIT COMPANY<br>P O BOX 62180<br>COLORADO SPRINGS CO 80962-2180 |
| FOX FORD INC<br>743 EAST HIGH STREET<br>WAYNEBURG PA 15370-1779 | H JAMES SEESE OD<br>5605 UNIVERSITY TOWN CENTER SUITE A<br>MORGANTOWN WV 26501-2292 | HARLEY DAVIDSON CREDIT CORP<br>PO BOX 22048<br>CARSON CITY NV 89721-2048 |

```
HARLEY DAVIDSON CREDIT CORP              HEISKELL KING BURNS  TALLMAN SURGICAL   INTERNAL REVENUE SERVICE
PO BOX 9013                              600 SUNCREST TOWNE CENTERSUITE 310      PO BOX 7346
ADDISON TEXAS 75001-9013                 MORGANTOWN WV 26505-0589                PHILADELPHIA PA 19101-7346


JC AMOS JD LLM                           JAMES GESHAY JR DDS                     KEYSTONE COLLECTIONS GROUP
PO BOX 3040                              PEDIATRIC DENTISTRY                     546 WENDEL ROAD
FAIRMONT WV 26555-3040                   634 PITTSBURGH ROAD                     IRWIN PA 15642-7539
                                         UNIONTOWN PA 15401-2214


LVNV FUNDING LLC ITS SUCCESSORS AND      LABORATORY CORPORATION OF AMERICA       LENDMARK FINANCIAL SERVICES OF WV
ASSIGNS                                  PO BOX 2240                             6526 MALL ROAD
ASSIGNEE OF MHC RECEIVABLES LLC AND      BURLINGTON NC 27216-2240                MORGANTOWN WV 26501-8525
FNBM LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587


LENDMARK FINANCIAL SERVICES              GARRY ALAN MASTERSON                    MEDEXPRESS BILLING
2118 USHER ST                            CO WELTMAN WEINBERG  REIS               PO BOX 719
COVINGTON GA 30014-2434                  965 KEYNOTE CIRCLE                      DELLSLOW WV 26531-0719
                                         BROOKLYN HTS OH 44131-1829


MEDICREDIT INC                           MON HEALTH MEDICAL CENTER               MON HEALTH MEDICAL CENTER CLINICS
PO BOX 1629                              PO BOX 660                              600 SUNCREST TOWN CENTRESUITE 310
MARYLAND HEIGHTS MO 63043-0629           MORGANTOWN WV 26507-0660                MORGANTOWN WV 26505-1873


MONONGALIA GENERAL HOSPITAL              NATIONAL BANKRUPTCY SERVICESCOMLLC      ONEMAIN
1200 JD ANDERSON DRIVE                   9441 LBJ FREEWAYSUITE 250               PO BOX 3251
MORGANTOWN WV 26505-3486                 DALLAS TX 75243-4640                    EVANSVILLE IN 47731-3251


OFFICE OF THE UNITED STATES TRUSTEE      ONE MAIN FINANCIAL                      PA DEPARTMENT OF REVENUE
LIBERTY CENTER                           170 GREENE PLAZA                        BANKRUPTCY DIVISION
1001 LIBERTY AVENUE SUITE 970            WAYNESBURG PA 15370-8142                PO BOX 280946
PITTSBURGH PA 15222-3721                                                         HARRISBURG PA 17128-0946


PRA RECEIVABLES MANAGEMENT LLC           PENNSYLVANIA DEPARTMENT OF REVENUE      PENNSYLVANIA DEPT OF REVENUE
POB 41067                                BANKRUPTCY DIVISION                     DEPARTMENT 280946
NORFOLK VA 23541-1067                    PO BOX 280946                           PO BOX 280946
                                         HARRISBURG PA 17128-0946                ATTN- BANKRUPTCY DIVISION
                                                                                 HARRISBURG PA 17128-0946


PORTFOLIO RECOVERY ASSOCIATES LLC        QUALITY ASSET RECOVERY                  QUICK LANE AT FOX FORD INC
PO BOX 41067                             7 FOSTER AVENUESUITE 101                901 EAST HIGH STREET
NORFOLK VA 23541-1067                    GIBBSBORO NJ 08026-1191                 WAYNESBURG PA 15370-1723
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

RADIOLOGICAL PHYSICIAN ASSOCIATES
700 VILLAGE DRIVE
FAIRMONT WV 26554-7985

RENT A CENTER
207 WAL MART DRIVE
UNIONTOWN PA 15401-8423

RUBY MEMORIAL HOSPITAL
PO BOX 1127
MORGANTOWN WV 26507-1127

SANTANDER CONSUMER USA
PO BOX 560284
DALLAS TX 75356-0284

SANTANDER CONSUMER USA
ATTN BANKRUPTCY DEPT
PO BOX 560284
DALLAS TX 75356-0284

SANTANDER CONSUMER USA INC
PO BOX 961245
FORT WORTH TX 76161-0244

SCOLOPAX LLC
CO WEINSTEIN  RILEY PS
2001 WESTERN AVE STE 400
SEATTLE WA 98121-3132

BRITTANIE N STONE
ROUTE 21 MOBILE HOME PARKLOT 19
CARMICHAELS PA 15320

DEBTOR
CHRISTOPHER A STONE
ROUTE 21 MOBILE HOME PARKLOT 19
CARMICHAELS PA 15320

TENDER CARE PEDIATRIC DENTISTRY
6583 ROUTE 819 SOUTHSUITE 1
MOUNT PLEASANT PA 15666

TRANSWORLD SYSTEMS INC
500 VIRGINIA DRIVESUITE 514
FORT WASHINGTON PA 19034-2733

UNITED BANK
113 PENN STREET
POINT MARION PA 15474-1263

UNIVERSITY HEALTH ASSOCIATES
PO BOX 776
MORGANTOWN WV 26507-0776

UNIVERSITY HEALTH ASSOCIATES DENTAL
1075 VAN VOORHIS ROAD
MORGANTOWN WV 26505-3586

JAMES P VALECKO
436 SEVENTH AVENUE
SUITE 2500
PITTSBURGH PA 15219-1842

JAMES WARMBRODT
KML LAW GROUP PC
701 MARKET STREET
SUITE 5000
PHILADELPHIA PA 19106-1541

WEINSTEIN  RILEY PS
2001 WESTERN AVENUE
SUITE 400
SEATTLE WA 98121-3132

WEST PENN POWER
1310 FAIRMONT AVENUE
FAIRMONT WV 26554-3526

WEST PENN POWER
5001 NASA BLVD
FAIRMONT WV 26554-8248

WEST VIRGINIA EMERGENCY PHYSICIANS
4350 FOWLER STREETSUITE 15
FORT MYERS FL 33901-2616

WEST VIRGINIA UNIVERSITY HOSPITALS
PATIENT ACCOUNTING OFFICE
PO BOX 1127
MORGANTOWN WV 26507-1127

EXCLUDE
DANIEL R WHITE
ZEBLEY MEHALOV  WHITE PC
18 MILL STREET SQUARE
PO BOX 2123
UNIONTOWN PA 15401-1723

WINDSTREAM
ATTN FINANCIAL SERVICES
1720 GALLERIA BLVD
CHARLOTTE NC 28270-2408

WINDSTREAM COMMUNICATIONS
1720 GALLERIA BOULEVARD
LOUISVILLE KY 40290-1908

EXCLUDE
RONDA J WINNECOUR
SUITE 3250 USX TOWER
600 GRANT STREET
PITTSBURGH PA 15219-2702

WOMENS HEALTH CARE OF MORGANTOWN
1249 SUNCREST TOWNE CENTRE
MORGANTOWN WV 26505-1876