IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Christopher Stone and Brittanie Stone )<br>)<br>)<br>Debtor(s). ) | Case No. 17-23825-JAD<br><br>Chapter 13<br><br>Related to ECF No. 97, 99 |

**ORDER OF COURT**
**(Check Boxes That Apply)**

☒ **Confirming Plan on Final Basis**     ☐ **Chapter 13 Plan dated:** _____

☐ **Authorizing Distributions Under Plan On Interim Basis Solely as Adequate Protection**     ☒ **Amended Chapter 13 dated: December 14, 2021**

    IT IS HEREBY ORDERED that pursuant to the plan identified above (the "Plan"), as the same may be modified by this Order, the Chapter 13 Trustee is authorized to make distributions to creditors holding allowed claims from available funds on hand. Such distributions shall commence no earlier than the Chapter 13 Trustee's next available distribution date after the first day of the month following the date on which this Order is entered on the Court's docket.

    IT IS FURTHER ORDERED that those terms of the Plan which are not expressly modified by this Order shall remain in full force and effect. To the extent any terms and conditions of the Plan are in conflict with this Order, the terms of this Order shall supersede and replace any conflicting terms and conditions of the Plan.

    1.    **Unique Provisions Applicable Only to This Case:** *Only those provisions which are checked below apply to this case:*

    ☐    A. For the remainder of the Plan term, the periodic monthly Plan payment is amended to be $_____, beginning _____ . To the extent there is no wage attachment in place or if an existing wage attachment is insufficient to fund the Plan payments, counsel to the Debtor(s) shall within seven (7) days hereof file a wage attachment motion (or motions) to fully fund the Plan payments, or shall sign up for and commence payments under the Trustee's TFS online payment program.

    ☒    B. The length of the Plan is changed to a total of at least 63 months. This statement

of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved.

☐     C. To the extent this Order is entered as a form of adequate protection, the Trustee is authorized to distribute to secured and priority creditors with percentage fees payable to the Chapter 13 Trustee on receipt as provided for in 28 U.S.C. §586. ***Continued conciliation conferences before the Trustee or contested hearings before the Court shall proceed on such dates and times as appear on the case docket.*** The Trustee is deemed to have a continuous objection to the Plan until such time the Plan is confirmed on a final basis.

**PARTIES ARE REMINDED OF THEIR DUTY TO MONITOR THE COURT'S DOCKET AND ATTEND DULY SCHEDULED HEARINGS. THE PARTIES ARE FURTHER REMINDED OF THEIR DUTY TO MEET AND CONFER AND OTHERWISE ENGAGE IN GOOD FAITH SETTLEMENT NEGOTIATIONS WITH RESPECT TO ANY OBJECTION TO PLAN CONFIRMATION. FAILURE TO COMPLY WITH THESE DUTIES MAY RESULT IN THE IMPOSITION OF SANCTIONS AGAINST THE OFFENDING PARTY.**

☐     D. Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐     E. The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐     F. The following utility creditor _____ shall be paid monthly payments of $_____ beginning with the Trustee's next distribution and continuing for the duration of the Plan's term, to be applied by that creditor to its administrative claim, ongoing budget payments and/or security deposit. These payments shall be at the third distribution level.

☒     G. The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim:
*Southeastern Greene ASD EIT CL. #19 & 21
*Dunkard Twp EIT CL. #20 & 22

☐     H. The secured claims of the following creditors shall govern as to claim amount, to be paid at the modified plan interest rate in a monthly amount to be determined by Trustee to pay the claim in full during the Plan term:
_____

-2-

☐     I. The secured claim(s) of the following creditors shall govern as to claim amount, to be paid at the indicated interest rate in a monthly amount to be determined by Trustee to pay in full during the Plan term:
_____

☐     J. The secured claim(s) of the following creditor(s) shall govern, following all allowed post-petition payment change notices filed of record:
_____

☐     K. Additional Terms and Conditions:
_____

**2. Deadlines. The following deadlines are hereby established and apply to this case:**

    **A.**     **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates a sale or sales of assets or the recovery of litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

    **B.**     **Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor(s) (or Debtor(s)' attorney, if represented), shall review the proofs of claim filed in this case and shall file objections (1) to any disputed timely filed claims within ninety (90) days after the claims bar date, or (2) to any disputed late filed or amended claims within ninety (90) days after the amended and/or late claims are filed and served. Absent a timely objection or further order of the Court, the timely filed proof of claim will govern as to the classification and amount of the claim; provided however, no creditor shall receive a distribution in this case until such time as the relevant allowed claim is provided for in the Plan or any subsequent amended plan.

    **C.**     **Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, and all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

    **D.**     **Filing Amended Plans or Other Stipulation.** Within fourteen (14) days after the Bankruptcy Court resolves the priority of a claim, avoidability of a lien or interest, or extent of a lien, or any objection to claim, the Debtor(s) shall file an Amended Plan or Stipulated Order Modifying Plan to provide for the allowed amount of the lien or claim if the allowed amount and/or treatment differs from the amount and/or treatment stated in the Plan. The Debtor(s) or Counsel for Debtor(s) should inquire with the Chapter 13 Trustee regarding whether an Amended Plan or proposed Stipulated Order Modifying Plan is the preferred course of action. In addition, if after the conclusion of the claims bar date and any associated litigation, the Plan is underfunded, Debtor(s) shall also file (1) an amended Plan increasing the monthly Plan payment, and (2) a revised wage attachment to provide for the increased funding.

    **3.**    **Additional Provisions.** The following additional provisions apply in this case:

    A.    Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

    B.    The Trustee shall hold in reserve any distributions under the Plan to any creditor who holds a claim that is provided for in the Plan but which is subject to a duly filed claims objection. Upon entry of further order of the Court, or ultimate allowance of the disputed claim provided for in the Plan, the Trustee may release the reserve and make distribution to the affected creditor. Unless otherwise permitted by separate Order of Court, Trustee shall not commence distributions to unsecured creditors until after the later of the government bar date and a filed notice of an intention to pay claims (the later date being the "Earliest Unsecured Distribution Date"). Trustee may, but has no obligation to, further defer distributions to unsecured creditors until a later date after the Earliest Unsecured Distribution Date.

    C.    Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty-one (21) days prior to the change taking effect.

    D.    Debtor(s)' counsel must file a fee application in accordance with *W.PA.LBR 2016-1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

    E.    The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default.

    F.    In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any allowed *secured claim* (that is secured by the property subject to the relief from stay order), unless otherwise directed by further Order of Court.

    G.    The Debtor(s) shall maintain all policies of insurance on all property of the Debtor(s) and this estate as required by law and/or contract.

    H.    The Debtor(s) shall pay timely all post-confirmation tax liabilities directly to the appropriate taxing authorities as they become due.

Dated:   February 1, 2022

_____
Jeffery A. Deller   jah
United States Bankruptcy Judge

cc: All Parties in Interest to be served by Clerk

FILED
2/1/22 10:38 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-23825-JAD |
| Christopher A. Stone | Chapter 13 |
| Brittanie N. Stone | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Feb 01, 2022 | Form ID: pdf900 | Total Noticed: 71 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Christopher A. Stone, Brittanie N. Stone, Route 21 Mobile Home Park--Lot 19, Carmichaels, PA 15320 |
| 14698560 | + | Aaron's Sales & Lease Ownership, 575 Morgantown Road, Uniontown, PA 15401-5431 |
| 14698561 | | Allstate Insurance Company, P.O. Box 4310, Carol Stream, IL 60197-4310 |
| 14713421 | | Atlantic Broadband, 120 Southmont Boulevard, Johnstown, PA 15905-4291 |
| 14713422 | | Cardinal Pediatrics, LLC, 1247 Suncrest Towne Center, Morgantown, WV 26505-1876 |
| 14713423 | | Carmichaels SD, Cumberland c/o Keystone, P.O. Box 529, Irwin, PA 15642-0529 |
| 14698563 | + | Collection Service Center, Inc., 2917 White Hall Boulevard, P.O. Box 2060, Fairmont, WV 26555-2060 |
| 14698564 | | Cornerstone Care, 7 Glassworks Road, Greensboro, PA 15338-9507 |
| 14698569 | + | Debt Collection Partners, 11 Commerce Driver--Suite 208, Westover, WV 26501-3858 |
| 14698573 | + | EOS CCA, P. O. Box 981025, Boston, MA 02298-1025 |
| 14698574 | + | Fidelity Properties, P.O. Box 2055, Alliance, OH 44601-0055 |
| 14713425 | + | Fox Ford, Inc., 743 East High Street, Waynesburg, PA 15370-1779 |
| 14713433 | | H. James Seese, O.D., 5605 University Town CenterSuite A, Morgantown, WV 26501-2292 |
| 14712341 | + | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 14698577 | + | Heiskell King Burns & Tallman Surgical, 600 Suncrest Towne Center--Suite 310, Morgantown, WV 26505-0589 |
| 14713427 | + | JC Amos, JD, LLM, P.O. Box 3040, Fairmont, WV 26555-3040 |
| 14713426 | + | James Geshay, Jr., D.D.S, Pediatric Dentistry, 634 Pittsburgh Road, Uniontown, PA 15401-2214 |
| 14780665 | + | Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14713428 | | Laboratory Corporation of America, P.O. Box 2240, Burlington, NC 27216-2240 |
| 14698579 | | Lendmark Financial Services of WV, 6526 Mall Road, Morgantown, WV 26501-8525 |
| 14698580 | | MedExpress Billing, P.O. Box 719, Dellslow, WV 26531-0719 |
| 14698582 | | Mon Health Medical Center, P.O. Box 660, Morgantown, WV 26507-0660 |
| 14698583 | | Mon Health Medical Center Clinics, 600 Suncrest Town Centre--Suite 310, Morgantown, WV 26505-1873 |
| 14713430 | + | National Bankruptcy Services.com.LLC, 9441 LBJ FreewaySuite 250, Dallas, TX 75243-4640 |
| 14698586 | + | Quality Asset Recovery, 7 Foster Avenue--Suite 101, Gibbsboro, NJ 08026-1191 |
| 14713431 | + | Quick Lane at Fox Ford, Inc.,, 901 East High Street, Waynesburg, PA 15370-1723 |
| 14698587 | + | Radiological Physician Associates, 700 Village Drive, Fairmont, WV 26554-7985 |
| 14713432 | | Ruby Memorial Hospital, P.O. Box 1127, Morgantown, WV 26507-1127 |
| 14713434 | | Tender Care Pediatric Dentistry, 6583 Route 819 SouthSuite 1, Mount Pleasant, PA 15666 |
| 14713435 | + | United Bank, 113 Penn Street, Point Marion, PA 15474-1263 |
| 14698591 | + | University Health Associates, P.O. Box 776, Morgantown, WV 26507-0776 |
| 14698592 | + | University Health Associates Dental, 1075 Van Voorhis Road, Morgantown, WV 26505-3586 |
| 14776498 | + | Windstream, Attn: Financial Services, 1720 Galleria Blvd, Charlotte, NC 28270-2408 |
| 14698596 | | Windstream Communications, 1720 Galleria Boulevard, Louisville, KY 40290-1908 |

TOTAL: 34

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Feb 02 2022 04:46:45 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | | |

| Recipient | Method | Date/Time | Address |
|---|---|---|---|
| cr | + Email/Text: bncmail@w-legal.com | Feb 02 2022 04:39:00 | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| | | Feb 02 2022 04:39:00 | Weinstein & Riley, P.S., 2001 Western Avenue, Suite 400, Seattle, WA 98121-3132 |
| 14775421 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 02 2022 04:46:42 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14698562 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 02 2022 04:46:41 | Capital One, c/o TSYS Total Debt Management, P.O. Box 5155, Norcross, GA 30091 |
| 14713424 | Email/Text: svlainich@communitybank.tv | Feb 02 2022 04:39:00 | Community Bank, 100 North Market Street, P.O. Box 357, Carmichaels, PA 15320 |
| 14724610 | + Email/Text: svlainich@communitybank.tv | Feb 02 2022 04:39:00 | Community Bank, 90 W. Chestnut St., Suite 100, Washington, PA 15301-4524 |
| 15437479 | + Email/Text: ebnnotifications@creditacceptance.com | Feb 02 2022 04:38:00 | Credit Acceptance, 25505 W Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14698565 | + Email/Text: bankruptcy_notifications@ccsusa.com | Feb 02 2022 04:39:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 14698566 | + Email/Text: ccusa@ccuhome.com | Feb 02 2022 04:38:00 | Credit Collections, USA, 16 Distributor Drive--Suite 1, Morgantown, WV 26501-0121 |
| 14698567 | + Email/Text: EBN@thecmigroup.com | Feb 02 2022 04:38:00 | Credit Management, Inc., 4200 International Parkway, Carrollton, TX 75007-1912 |
| 14698568 | Email/PDF: creditonebknotifications@resurgent.com | Feb 02 2022 04:46:42 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 14698570 | Email/Text: G06041@att.com | Feb 02 2022 04:39:00 | Direct TV, P.O. Box 78626, Phoenix, AZ 85062-8626 |
| 14772060 | Email/Text: G06041@att.com | Feb 02 2022 04:39:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14698571 | Email/Text: Bankruptcy.Consumer@dish.com | Feb 02 2022 04:39:00 | Dish Network, P.O. Box 94063, Palatine, IL 60094-4063 |
| 14698572 | + Email/Text: bankruptcynotices@dcicollect.com | Feb 02 2022 04:39:00 | Diversified Consultant, 10550 Deerwood Park Boulevard, Jacksonville, FL 32256-0596 |
| 14698575 | Email/Text: EBNBKNOT@ford.com | Feb 02 2022 04:39:00 | Ford Motor Credit Company, LLC, National Bankruptcy Service Center, P.O. Box 62180, Colorado Springs, CO 80962 |
| 14749265 | Email/Text: EBNBKNOT@ford.com | Feb 02 2022 04:39:00 | Ford Motor Credit Company, LLC, P.O. Box 62180, Colorado Springs, CO 80962 |
| 14712341 | + Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Feb 02 2022 04:38:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 14698576 | Email/Text: bankruptcy.notices@hdfsi.com | Feb 02 2022 04:39:00 | Harley-Davidson Credit Corp., P.O. Box 22048, Carson City, NV 89721-2048 |
| 14698578 | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 02 2022 04:38:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14735416 | Email/Text: ktramble@lendmarkfinancial.com | Feb 02 2022 04:38:00 | Lendmark Financial Services, LLC, 2118 Usher Street, Covington, GA 30014 |
| 14774730 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 02 2022 04:46:45 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14698581 | Email/Text: rcpsbankruptcynotices@parallon.com | Feb 02 2022 04:39:00 | Medicredit, Inc., P.O. Box 1629, Maryland Heights, MO 63043-0629 |
| 14713429 | + Email/Text: daltonr@monhealthsys.org | Feb 02 2022 04:38:00 | Monongalia General Hospital, 1200 JD Anderson Drive, Morgantown, WV 26505-3486 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14725104 | | Email/PDF: cbp@onemainfinancial.com | Feb 02 2022 04:46:41 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14698584 | | Email/PDF: cbp@onemainfinancial.com | Feb 02 2022 04:46:42 | One Main Financial, 170 Greene Plaza, Waynesburg, PA 15370-8142 |
| 14698585 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 02 2022 04:39:00 | PA Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14832264 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 02 2022 04:46:42 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14748034 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 02 2022 04:46:48 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14698588 | + | Email/Text: bankruptcy@rentacenter.com | Feb 02 2022 04:39:00 | Rent-a-Center, 207 Wal Mart Drive, Uniontown, PA 15401-8423 |
| 14708828 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 02 2022 04:39:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 14698589 | | Email/Text: enotifications@santanderconsumerusa.com | Feb 02 2022 04:39:00 | Santander Consumer USA, Attn: Bankruptcy Dept., P.O. Box 560284, Dallas, TX 75356-0284 |
| 15009837 | + | Email/Text: bncmail@w-legal.com | Feb 02 2022 04:39:00 | Scolopax, LLC, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14698590 | + | Email/Text: bankruptcydepartment@tsico.com | Feb 02 2022 04:39:00 | Transworld Systems, Inc., 500 Virginia Drive--Suite 514, Fort Washington, PA 19034-2733 |
| 14760696 | + | Email/Text: bankruptcy@firstenergycorp.com | Feb 02 2022 04:39:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 14698593 | + | Email/Text: bankruptcy@firstenergycorp.com | Feb 02 2022 04:39:00 | West Penn Power, 1310 Fairmont Avenue, Fairmont, WV 26554-3526 |
| 14698595 | | Email/Text: hbbankruptcynotices@wvumedicine.org | Feb 02 2022 04:38:00 | West Virginia University Hospitals, Patient Accounting Office, P.O. Box 1127, Morgantown, WV 26507-1127 |

TOTAL: 38

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ford Motor Credit Company LLC |
| cr | | Harley-Davidson Credit Corp |
| cr | | NBS Harley-Davidson Credit Corp |
| 14898673 | *+ | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 15009838 | *+ | Scolopax, LLC, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14698594 | ## | West Virginia Emergency Physicians, 4350 Fowler Street--Suite 15, Fort Myers, FL 33901-2616 |
| 14713436 | ## | Womens Health Care of Morgantown, 1249 Suncrest Towne Centre, Morgantown, WV 26505-1876 |

TOTAL: 3 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0315-2　　　　　　　　　　　　User: auto　　　　　　　　　　　　Page 4 of 4
Date Rcvd: Feb 01, 2022　　　　　　　　　Form ID: pdf900　　　　　　　　　Total Noticed: 71

Date: Feb 03, 2022　　　　　　　　Signature:　　/s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Harley-Davidson Credit Corp bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor NBS Harley-Davidson Credit Corp bnicholas@kmllawgroup.com |
| Daniel R. White | on behalf of Joint Debtor Brittanie N. Stone sheila@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com;gianna@zeblaw.com |
| Daniel R. White | on behalf of Debtor Christopher A. Stone sheila@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com;gianna@zeblaw.com |
| Garry Alan Masterson | on behalf of Creditor Ford Motor Credit Company LLC pitecf@weltman.com |
| James P. Valecko | on behalf of Creditor Ford Motor Credit Company LLC jvalecko@weltman.com  PitEcf@weltman.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| William E. Craig | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 9