# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

05/04/2022

IN RE:

| | |
|---|---|
| CHRISTOPHER A. STONE<br>BRITTANIE N. STONE<br>ROUTE 21 MOBILE HOME PARK--LOT 19<br>CARMICHAELS, PA 15320<br>XXX-XX-5676         Debtor(s)<br><br>XXX-XX-2141 | Case No.17-23825 JAD<br><br>Chapter 13 |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

5/4/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **AARONS INC(*)**<br>ATTN PAYMENT PROCESSING<br>PO BOX 102746<br>ATLANTA, GA  30368 | Trustee Claim Number: 1    INT %: 6.00%<br>Court Claim Number:<br>CLAIM: 300.00<br>COMMENT: $@6%MDF@PRO RATA/PL*RENT TO OWN/SCH | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 455R |
| **CREDITOR INFORMATION MISSING OR VAGUE**<br>NEED VERIFICATION | Trustee Claim Number: 2    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DIRECT/PL*ARCH COAL EMP THRIFT PLAN~401K~ND ADR/SCH | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: |
| **FORD MOTOR CREDIT COMPANY LLC(*)**<br>DEPT 55953<br>PO BOX 55000<br>DETROIT, MI  48255-0953 | Trustee Claim Number: 3    INT %: 3.90%<br>Court Claim Number: 8<br>CLAIM: 33,214.37<br>COMMENT: RS/OE~STAYED*37339.30/PL@5%MDF/PL*PIF/CR RFND*CL=40646.80 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 5173 |
| **HARLEY DAVIDSON CREDIT CORP***<br>BOX 15129<br>PALATINE, IL  60055-5129 | Trustee Claim Number: 4    INT %: 0.00%<br>Court Claim Number: 2-2<br>CLAIM: 0.00<br>COMMENT: RS/DOE*SURR/PL*AMD CL=0*W/66 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 8165 |
| **RENT A CENTER INC**<br>207 WALMART DR<br>UNIONTOWN, PA  15401 | Trustee Claim Number: 5    INT %: 6.00%<br>Court Claim Number:<br>CLAIM: 500.00<br>COMMENT: $@6%MDF@PRO RATA/PL | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 2639 |
| **SANTANDER CONSUMER USA****<br>PO BOX 560284<br>DALLAS, TX  75356 | Trustee Claim Number: 6    INT %: 5.00%<br>Court Claim Number: 1<br>CLAIM: 23,275.92<br>COMMENT: RS/OE~STAYED*$/CL-PL@5%MDF/PL*DK | CRED DESC: VEHICLE<br>ACCOUNT NO.: 7768 |
| **NATIONAL BANKRUPTCY SERVICES LLC**<br>PO BOX 829009<br>DALLAS, TX  75382-9009 | Trustee Claim Number: 7    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **CARMICHAELS ASD & CUMBERLAND TWP (EIT)**<br>C/O SWRTB - PRE-2012 YRS<br>ONE CENTENNIAL WAY<br>SCOTTDALE, PA  15686 | Trustee Claim Number: 8    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DUPL OF CIDS 62-65/NOTES~DK*2551@0%/PL*14-16~CLTR @ KEYSTONE/SCH-PL | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 5676 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number: 9    INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 4,514.35<br>COMMENT: $/CL-PL | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 5676 |
| **ALLSTATE INSURANCE**<br>PO BOX 4310<br>CAROL STREAM, IL  60197 | Trustee Claim Number: 10    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |

| Creditor | Trustee/Court Claim | Credit Info |
|---|---|---|
| **ALLSTATE INSURANCE**<br>PO BOX 4310<br><br>CAROL STREAM, IL 60197 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2004 |
| **ATLANTIC BROADBAND***<br>669 E MAIN ST<br><br>BRADFORD, PA 16701 | Trustee Claim Number:12  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6348 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:13  INT %: 0.00%<br>Court Claim Number:9<br><br>CLAIM: 1,289.19<br>COMMENT: CAP ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5057 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number:10<br><br>CLAIM: 1,069.13<br>COMMENT: CAP ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6033 |
| **CARDINAL PEDIATRICS LLC**<br>1247 SUNCREST TOWNE CNTR<br><br>MORGANTOWN, WV 26505-1876 | Trustee Claim Number:15  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **COMMUNITY BANK(*)**<br>2111 N FRANKLIN DR<br><br>WASHINGTON, PA 15301 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number:4<br><br>CLAIM: 553.08<br>COMMENT: NO ACCT/SCH*STMT THRU 9/25/17 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0416 |
| **CORNERSTONE CARE**<br>7 GLASSWORKS RD<br><br>GREENSBORO, PA 15338 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0828 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:18  INT %: 0.00%<br>Court Claim Number:16<br><br>CLAIM: 865.14<br>COMMENT: MHC/FNBM/CREDIT ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7008 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number:15<br><br>CLAIM: 701.57<br>COMMENT: MHC/FNBM/CREDIT ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0161 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:20  INT %: 0.00%<br>Court Claim Number:14<br><br>CLAIM: 505.66<br>COMMENT: MHC/FNBM/CREDIT ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6862 |

| Creditor | Trustee/Court Claim | Cred Desc / Account |
|---|---|---|
| **DIRECTV LLC BY AMERICAN INFOSOURCE LP -**<br>PO BOX 5008<br><br>CAROL STREAM, IL 60197-5008 | Trustee Claim Number:21  INT %:  0.00%<br>Court Claim Number:13<br><br>CLAIM:  228.61<br>COMMENT:  NO$~ACCT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8862 |
| **DISH NETWORK**<br>DEPT 0063<br><br>PALATINE, IL 60055-0063 | Trustee Claim Number:22  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2817 |
| **FORD MOTOR CREDIT COMPANY LLC(*)**<br>DEPT 55953<br>PO BOX 55000<br><br>DETROIT, MI 48255-0953 | Trustee Claim Number:23  INT %:  0.00%<br>Court Claim Number:11<br><br>CLAIM:  11,875.21<br>COMMENT:  REPO/SCH*DFNCY BAL*W/61 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0735 |
| **FOX FORD MERCURY INC**<br>743 E HIGH ST<br><br>WAYNESBURG, PA 15370 | Trustee Claim Number:24  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **JAMES GESHAY DDS**<br>634 PITTSBURGH RD<br><br>UNIONTOWN, PA 15401 | Trustee Claim Number:25  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **HEISKELL KING BURNS AND TALLMAN SURGIC**<br>600 SUNCREST TOWNE CNTR STE 310<br><br>MORGANTOWN, WV 26505 | Trustee Claim Number:26  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  G7UP |
| **ASHLEY FUNDING SERVICES LLC - ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br><br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:27  INT %:  0.00%<br>Court Claim Number:17<br><br>CLAIM:  108.14<br>COMMENT:  NO$~ACCT/SCH*LAB CORP*ACCT BGN 12/1/15 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4370 |
| **SCOLOPAX LLC**<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br><br>SEATTLE, WA 98124-3978 | Trustee Claim Number:28  INT %:  0.00%<br>Court Claim Number:7<br><br>CLAIM:  6,394.48<br>COMMENT:  0106/SCH*ACCT BGN 5/26/17*FR LENDMARK-DOC 57 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4114 |
| **SCOLOPAX LLC**<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br><br>SEATTLE, WA 98124-3978 | Trustee Claim Number:29  INT %:  0.00%<br>Court Claim Number:6<br><br>CLAIM:  3,923.14<br>COMMENT:  6508/SCH*ACCT BGN 5/26/17*FR LENDMARK-DOC 56 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4016 |
| **MED EXPRESS BILLING**<br>POB 719<br><br>DELLSLOW, WV 26531 | Trustee Claim Number:30  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2023 |

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **MED EXPRESS BILLING**<br>POB 719<br><br>DELLSLOW, WV 26531 | Trustee Claim Number: 31  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **MON HEALTH MEDICAL CENTER**<br>PO BOX 660<br><br>MORGANTOWN, WV 26507-0660 | Trustee Claim Number: 32  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **MON HEALTH MEDICAL CENTER**<br>PO BOX 660<br><br>MORGANTOWN, WV 26507-0660 | Trustee Claim Number: 33  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0706 |
| **MONONGALIA GENERAL HOSPITAL**<br>1200 JD ANDERSON DR<br><br>MORGANTOWN, WV 26505 | Trustee Claim Number: 34  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: A001 |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 35  INT %: 0.00%<br>Court Claim Number: 5<br><br>CLAIM: 7,925.83<br>COMMENT: FR ONEMAIN-DOC 53 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4899 |
| **QUICK LANE AT FOX FORD**<br>901 EAST HIGH ST<br><br>WAYNESBURG, PA 15370 | Trustee Claim Number: 36  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **RADIOLOGICAL PHYSICIAN ASSOC**<br>PO BOX 890707<br><br>CHARLOTTE, NC 28289-0707 | Trustee Claim Number: 37  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9801 |
| **RUBY MEMORIAL HOSPITAL**<br>POB 1127<br><br>MORGANTOWN, WV 26507-1127 | Trustee Claim Number: 38  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **H JAMES SEESE OD**<br>5605 UNIVERSITY TOWN CNTR STE A<br><br>MORGANTOWN, WV 26501-2292 | Trustee Claim Number: 39  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **TENDER CARE PEDIATRIC DENTISTRY**<br>6586 ROUTE 819 S STE 1<br><br>MOUNT PLEASANT, PA 15666 | Trustee Claim Number: 40  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account No. |
|---|---|---|---|
| **UNITED BANK**<br>69 MAIN ST<br>SMITHFIELD, PA 15478 | Trustee Claim Number: 41  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **UNIVERSITY HEALTH ASSOC**<br>POB 780<br>MORGANTOWN, WV 26507-4009 | Trustee Claim Number: 42  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6394 |
| **UNIVERSITY HEALTH ASSOC DENTAL PRACTICE**<br>PO BOX 1587<br>MORGANTOWN, WV 26507 | Trustee Claim Number: 43  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 54X1 |
| **WEST PENN POWER***<br>ATTN BANKRUPTCY<br>5001 NASA BLVD<br>FAIRMONT, WV 26554 | Trustee Claim Number: 44  INT %: 0.00%<br>Court Claim Number: 12 | CLAIM: 346.62<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1611 |
| **WEST VIRGINIA EMERGENCY PHYSICIANS**<br>4350 FOWLER ST STE 15<br>FORT MYERS, FL 33901-2616 | Trustee Claim Number: 45  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2127 |
| **WVU HOSPITALS**<br>PO BOX 1127<br>MORGANTOWN, WV 26506 | Trustee Claim Number: 46  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4119 |
| **WINDSTREAM COMMUNICATIONS**<br>1720 GALLERIA BLVD<br>CHARLOTTE, NC 28270 | Trustee Claim Number: 47  INT %: 0.00%<br>Court Claim Number: 18 | CLAIM: 131.01<br>COMMENT: 7756/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2141 |
| **WOMENS HEALTH CARE OF MORGANTOWN**<br>1249 SUNCREST TOWN CENTER DR<br>MORGANTOWN, WV 26505 | Trustee Claim Number: 48  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **COLLECTION SERVICE CENTER INC**<br>2917 WHITE HALL BLVD<br>PO BOX 2060<br>FAIRMONT, WV 26555-2060 | Trustee Claim Number: 49  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **CREDIT COLLECTIONS USA**<br>16 DISTRIBUTOR DRIVE<br>STE 1<br>MORGANTOWN, PA 26501-7209 | Trustee Claim Number: 50  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **CREDIT COLLECTIONS USA**<br>16 DISTRIBUTOR DRIVE<br>STE 1<br>MORGANTOWN, PA 26501-7209 | Trustee Claim Number: 51  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br>PITTSBURGH, PA 15205-3956 | Trustee Claim Number: 52  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **DEBT COLLECTION PARTNER++**<br>1109 VAN VOORIS RD STE<br>MORGANTOWN, WV 26505 | Trustee Claim Number: 53  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **DIVERSIFIED CONSULTANTS++**<br>POB 551268<br>JACKSONVILLE, FL 32255 | Trustee Claim Number: 54  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **FIDELITY PROPERTIES++**<br>POB 2055<br>ALLIANCE, OH 44601 | Trustee Claim Number: 55  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **MEDICREDIT CORP++**<br>POB 7206<br>COLUMBIA, MO 65205 | Trustee Claim Number: 56  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **QUALITY ASSET RECOVERY**<br>7 FOSTER AVE STE 101<br>GIBBSBORO, NJ 08026 | Trustee Claim Number: 57  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **TRANSWORLD SYSTEMS INC**<br>500 VIRGINIA DR STE 514<br>FORT WASHINGTON, PA 19034-2707 | Trustee Claim Number: 58  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **ROUTE 21 ESTATES LLC**<br>2118 EAST ROY FURMAN HWY<br>CARMICHAELS, PA 15320 | Trustee Claim Number: 59  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: /SCH G | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 60  INT %: 0.00%<br>Court Claim Number: 3 | CLAIM: 270.73<br>COMMENT: NO GEN UNS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5676 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account No. |
|---|---|---|---|
| **FORD MOTOR CREDIT COMPANY LLC(*)**<br>DEPT 55953<br>PO BOX 55000<br>DETROIT, MI 48255-0953 | Trustee Claim Number: 61  INT %: 0.00%<br>Court Claim Number: 11 | CLAIM: 0.00<br>COMMENT: RS/DOE*NO SEC/SCH-PL*DK*CL=0*W/23 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 0735 |
| **SOUTHEASTERN GREENE ASD (DUNKARD) (EIT**<br>C/O KEYSTONE CLLCTNS GRP - DLNQ CLLCTR<br>546 WENDEL RD<br>IRWIN, PA 15642 | Trustee Claim Number: 62  INT %: 0.00%<br>Court Claim Number: 19 | CLAIM: 589.49<br>COMMENT: CL19GOV*5676;14*3257.98/TTL/PL | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 5676 |
| **DUNKARD TOWNSHIP (EIT)**<br>C/O KEYSTONE COLLECTION GRP-DLNQ CLLCT<br>546 WENDEL RD<br>IRWIN, PA 15642 | Trustee Claim Number: 63  INT %: 0.00%<br>Court Claim Number: 20 | CLAIM: 589.49<br>COMMENT: CL20GOVS*5676;14*3257.98/TTL/PL | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 5676 |
| **SOUTHEASTERN GREENE ASD (DUNKARD) (EIT**<br>C/O KEYSTONE CLLCTNS GRP - DLNQ CLLCTR<br>546 WENDEL RD<br>IRWIN, PA 15642 | Trustee Claim Number: 64  INT %: 0.00%<br>Court Claim Number: 21 | CLAIM: 1,039.06<br>COMMENT: CL21GOVS*5676;15,16*3257.98/TTL/PL | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 5676 |
| **DUNKARD TOWNSHIP (EIT)**<br>C/O KEYSTONE COLLECTION GRP-DLNQ CLLCT<br>546 WENDEL RD<br>IRWIN, PA 15642 | Trustee Claim Number: 65  INT %: 0.00%<br>Court Claim Number: 22 | CLAIM: 1,039.94<br>COMMENT: CL22GOVS*5676;15,16*3257.98/TTL/PL | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 5676 |
| **HARLEY DAVIDSON CREDIT CORP***<br>BOX 15129<br>PALATINE, IL 60055-5129 | Trustee Claim Number: 66  INT %: 0.00%<br>Court Claim Number: 2-2 | CLAIM: 5,655.31<br>COMMENT: DFNCY BAL*AMD*W/4 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8165 |
| **WILLIAM E CRAIG ESQ**<br>MORTON AND CRAIG<br>110 MARTER AVE STE 301<br>MOORESTOWN, NJ 08057 | Trustee Claim Number: 67  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: SANTANDER/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **CREDIT ACCEPTANCE CORP***<br>ATTN: BANKRUPTCY DEPT*<br>25505 W 12 MILE RD STE 3000*<br>SOUTHFIELD, MI 48034-8339 | Trustee Claim Number: 68  INT %: 0.00%<br>Court Claim Number: 23 | CLAIM: 0.00<br>COMMENT: PMT/PL-CL*488.29x(17+2)=LMT*BGN 11/21 | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 1889 |