File No.: 11598

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Case No. 17-23825 JAD |
| | : | |
| Christopher A. Stone and Brittanie N. Stone, | : | Chapter 13 |
| | : | |
| Debtors. | : | Document No.  106 |
| | : | |
| Daniel R. White and Zebley, Mehalov & White, | : | Hearing Date and Time: January 4, 2023 at 11:00 a.m. |
| | : | |
| Applicants, | : | Responses due: December 17, 2022 |
| | : | |
| vs. | : | |
| | : | |
| No Respondents. | : | |

FINAL ORDER FOR FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

And now, this __29th__ day of __December__, 2022, the Application of Daniel R. White and Zebley Mehalov & White for Final Compensation and Reimbursement of Expenses as Counsel for the Debtors is approved for the total amount of $ 8,598.01 for services rendered on behalf of the Debtors for the period from  September 20, 2017,  through November 22, 2022, which represents $7,960.00, in attorney fees and $638.01  in costs.  The fees/costs balance of $4,098.01, remains and shall be paid by the Chapter 13 Trustee.

Any fees/costs balance approved by this Order, beyond the amounts approved in prior confirmed plans, shall be paid after and shall not reduce any monies due to creditors under the confirmed plan including the distribution to unsecured creditors up to the plan base. To the extent that funds have been paid by or on behalf of the Debtors beyond the plan base, the Chapter 13 Trustee is authorized to increase the plan base to be used solely to pay the attorney fees and costs approved by this Order.

If the Chapter 13 Trustee does not have sufficient funds to pay the balance in full, Counsel for the Debtors has agreed to be paid from monies already paid by or on behalf of the Debtors to the Trustee and allow the case to be closed without requiring additional payments by the Debtors.  Any amount due to Debtors' Counsel beyond what is distributed by the Trustee, is expressly waived by Debtors' Counsel and will not be collected from Debtors either through the plan or outside of the Bankruptcy Case.

By the Court,

_____J.
United States Bankruptcy Judge

Jeffery A. Deller

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                          Case No. 17-23825-JAD

Christopher A. Stone                                                                   Chapter 13

Brittanie N. Stone
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                              User: auto                                        Page 1 of 2

Date Rcvd: Dec 29, 2022                      Form ID: pdf900                              Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Christopher A. Stone, Brittanie N. Stone, Route 21 Mobile Home Park--Lot 19, Carmichaels, PA 15320 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2022                          Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor NBS Harley-Davidson Credit Corp bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Harley-Davidson Credit Corp bnicholas@kmllawgroup.com |
| Daniel R. White | on behalf of Debtor Christopher A. Stone lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com |
| Daniel R. White | on behalf of Joint Debtor Brittanie N. Stone lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com |
| Garry Alan Masterson | on behalf of Creditor Ford Motor Credit Company LLC pitecf@weltman.com |
| James P. Valecko | on behalf of Creditor Ford Motor Credit Company LLC jvalecko@weltman.com  PitEcf@weltman.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2                     User: auto                                    Page 2 of 2
Date Rcvd: Dec 29, 2022                  Form ID: pdf900                            Total Noticed: 1

Ronda J. Winnecour
                        cmecf@chapter13trusteewdpa.com

William E. Craig
                        on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com
                        mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 9