UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  CHRISTOPHER A. STONE<br>  BRITTANIE N. STONE<br>          Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>          Movant<br>          vs.<br>  CHRISTOPHER A. STONE<br>  BRITTANIE N. STONE<br><br>          Respondents | Case No.17-23825JAD<br><br>Chapter 13<br><br>Related to Dkt. No. 112 |

FILED
1/9/23 10:19 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this 9th day of January, 2023, it is hereby ORDERED, ADJUDGED, and DECREED that,

  Icg Tygart Valley Llc
  Attn: Payroll Manager
  1 City Place Dr Ste 300
  Saint Louis,MO 63141

is hereby ordered to immediately terminate the attachment of the wages of CHRISTOPHER A. STONE, social security number XXX-XX-5676.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of CHRISTOPHER A. STONE.

BY THE COURT:

_____
JEFFERY A. DELLER    jah
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court
Western District of Pennsylvania

In re: Case No. 17-23825-JAD
Christopher A. Stone Chapter 13
Brittanie N. Stone
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2
Date Rcvd: Jan 09, 2023     Form ID: pdf900     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Christopher A. Stone, Brittanie N. Stone, Route 21 Mobile Home Park--Lot 19, Carmichaels, PA 15320 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2023     Signature: /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor NBS Harley-Davidson Credit Corp bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Harley-Davidson Credit Corp bnicholas@kmllawgroup.com |
| Daniel R. White | on behalf of Debtor Christopher A. Stone lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com |
| Daniel R. White | on behalf of Joint Debtor Brittanie N. Stone lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com |
| Garry Alan Masterson | on behalf of Creditor Ford Motor Credit Company LLC pitecf@weltman.com |
| James P. Valecko | on behalf of Creditor Ford Motor Credit Company LLC jvalecko@weltman.com PitEcf@weltman.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Jan 09, 2023 | Form ID: pdf900 | Total Noticed: 1

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

William E. Craig
    on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com
    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 9