**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Christopher A. Stone**
**Brittanie N. Stone**
**fka Brittanie N. Schaum**
   Debtor(s)

Bankruptcy Case No.: 17−23825−JAD

Chapter: 13
Docket No.: 116 − 115

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 27th of January, 2023, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 3/20/23.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **3/29/23 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

    **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

    In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **3/20/23.**

                                                Jeffery A. Deller
                                                United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-23825-JAD |
| Christopher A. Stone | Chapter 13 |
| Brittanie N. Stone | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Jan 27, 2023 | Form ID: 408 | Total Noticed: 72 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Christopher A. Stone, Brittanie N. Stone, Route 21 Mobile Home Park--Lot 19, Carmichaels, PA 15320 |
| 14698560 | + | Aaron's Sales & Lease Ownership, 575 Morgantown Road, Uniontown, PA 15401-5431 |
| 14698561 | | Allstate Insurance Company, P.O. Box 4310, Carol Stream, IL 60197-4310 |
| 14713421 | | Atlantic Broadband, 120 Southmont Boulevard, Johnstown, PA 15905-4291 |
| 14713422 | | Cardinal Pediatrics, LLC, 1247 Suncrest Towne Center, Morgantown, WV 26505-1876 |
| 14713423 | | Carmichaels SD, Cumberland c/o Keystone, P.O. Box 529, Irwin, PA 15642-0529 |
| 14698563 | + | Collection Service Center, Inc., 2917 White Hall Boulevard, P.O. Box 2060, Fairmont, WV 26555-2060 |
| 14698564 | | Cornerstone Care, 7 Glassworks Road, Greensboro, PA 15338-9507 |
| 14698569 | + | Debt Collection Partners, 11 Commerce Driver--Suite 208, Westover, WV 26501-3858 |
| 14698574 | + | Fidelity Properties, P.O. Box 2055, Alliance, OH 44601-0055 |
| 14713425 | + | Fox Ford, Inc., 743 East High Street, Wayneburg, PA 15370-1779 |
| 14713433 | | H. James Seese, O.D., 5605 University Town CenterSuite A, Morgantown, WV 26501-2292 |
| 14698577 | + | Heiskell King Burns & Tallman Surgical, 600 Suncrest Towne Center--Suite 310, Morgantown, WV 26505-0589 |
| 14713427 | + | JC Amos, JD, LLM, P.O. Box 3040, Fairmont, WV 26555-3040 |
| 14713426 | + | James Geshay, Jr., D.D.S, Pediatric Dentistry, 634 Pittsburgh Road, Uniontown, PA 15401-2214 |
| 14780665 | + | Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14698579 | | Lendmark Financial Services of WV, 6526 Mall Road, Morgantown, WV 26501-8525 |
| 14698580 | | MedExpress Billing, P.O. Box 719, Dellslow, WV 26531-0719 |
| 14698582 | | Mon Health Medical Center, P.O. Box 660, Morgantown, WV 26507-0660 |
| 14698583 | | Mon Health Medical Center Clinics, 600 Suncrest Town Centre--Suite 310, Morgantown, WV 26505-1873 |
| 14713430 | + | National Bankruptcy Services.com.LLC, 9441 LBJ FreewaySuite 250, Dallas, TX 75243-4640 |
| 14698586 | + | Quality Asset Recovery, 7 Foster Avenue--Suite 101, Gibbsboro, NJ 08026-1191 |
| 14713431 | + | Quick Lane at Fox Ford, Inc.,, 901 East High Street, Waynesburg, PA 15370-1723 |
| 14698587 | + | Radiological Physician Associates, 700 Village Drive, Fairmont, WV 26554-7985 |
| 14713432 | | Ruby Memorial Hospital, P.O. Box 1127, Morgantown, WV 26507-1127 |
| 14713434 | | Tender Care Pediatric Dentistry, 6583 Route 819 SouthSuite 1, Mount Pleasant, PA 15666 |
| 14713435 | + | United Bank, 113 Penn Street, Point Marion, PA 15474-1263 |
| 14698591 | + | University Health Associates, P.O. Box 776, Morgantown, WV 26507-0776 |
| 14698592 | + | University Health Associates Dental, 1075 Van Voorhis Road, Morgantown, WV 26505-3586 |
| 14698594 | + | West Virginia Emergency Physicians, 4350 Fowler Street--Suite 15, Fort Myers, FL 33901-2699 |
| 14776498 | + | Windstream, Attn: Financial Services, 1720 Galleria Blvd, Charlotte, NC 28270-2408 |
| 14698596 | | Windstream Communications, 1720 Galleria Boulevard, Louisville, KY 40290-1908 |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 28 2023 00:17:19 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 28 2023 00:16:00 | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |

Case 17-23825-JAD   Doc 117   Filed 01/29/23   Entered 01/30/23 00:28:24   Desc
Imaged Certificate of Notice   Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 27, 2023 | Form ID: 408 | Total Noticed: 72 |

| Recipient # | Method | Date/Time | Address |
|---|---|---|---|
| cr | + Email/Text: bncmail@w-legal.com | Jan 28 2023 00:16:00 | Weinstein & Riley, P.S., 2001 Western Avenue, Suite 400, Seattle, WA 98121-3132 |
| 14775421 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 28 2023 00:17:09 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14698562 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 28 2023 00:16:53 | Capital One, c/o TSYS Total Debt Management, P.O. Box 5155, Norcross, GA 30091 |
| 14713424 | Email/Text: svlainich@communitybank.tv | Jan 28 2023 00:16:00 | Community Bank, 100 North Market Street, P.O. Box 357, Carmichaels, PA 15320 |
| 14724610 | + Email/Text: svlainich@communitybank.tv | Jan 28 2023 00:16:00 | Community Bank, 90 W. Chestnut St., Suite 100, Washington, PA 15301-4524 |
| 15437479 | + Email/Text: ebnnotifications@creditacceptance.com | Jan 28 2023 00:15:00 | Credit Acceptance, 25505 W Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14698565 | + Email/Text: bankruptcy_notifications@ccsusa.com | Jan 28 2023 00:16:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 14698566 | + Email/Text: ccusa@ccuhome.com | Jan 28 2023 00:15:00 | Credit Collections, USA, 16 Distributor Drive--Suite 1, Morgantown, WV 26501-0121 |
| 14698567 | + Email/Text: EBN@thecmigroup.com | Jan 28 2023 00:15:00 | Credit Management, Inc., 4200 International Parkway, Carrollton, TX 75007-1912 |
| 14698568 | Email/PDF: creditonebknotifications@resurgent.com | Jan 28 2023 00:16:55 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 14698570 | Email/Text: G06041@att.com | Jan 28 2023 00:16:00 | Direct TV, P.O. Box 78626, Phoenix, AZ 85062-8626 |
| 14698569 | + Email/Text: INFO@DCPWV.COM | Jan 28 2023 00:15:00 | Debt Collection Partners, 11 Commerce Driver--Suite 208, Westover, WV 26501-3858 |
| 14772060 | Email/Text: G06041@att.com | Jan 28 2023 00:16:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14698571 | Email/Text: Bankruptcy.Consumer@dish.com | Jan 28 2023 00:15:00 | Dish Network, P.O. Box 94063, Palatine, IL 60094-4063 |
| 14698572 | + Email/Text: bankruptcynotices@dcicollect.com | Jan 28 2023 00:16:00 | Diversified Consultant, 10550 Deerwood Park Boulevard, Jacksonville, FL 32256-0596 |
| 14698573 | + Email/Text: bankruptcydepartment@tsico.com | Jan 28 2023 00:16:00 | EOS CCA, P. O. Box 981025, Boston, MA 02298-1025 |
| 14698575 | Email/Text: EBNBKNOT@ford.com | Jan 28 2023 00:16:00 | Ford Motor Credit Company, LLC, National Bankruptcy Service Center, P.O. Box 62180, Colorado Springs, CO 80962 |
| 14749265 | Email/Text: EBNBKNOT@ford.com | Jan 28 2023 00:16:00 | Ford Motor Credit Company, LLC, P.O. Box 62180, Colorado Springs, CO 80962 |
| 14712341 | + Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Jan 28 2023 00:15:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 14698576 | Email/Text: bankruptcy.notices@hdfsi.com | Jan 28 2023 00:16:00 | Harley-Davidson Credit Corp., P.O. Box 22048, Carson City, NV 89721-2048 |
| 14698578 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 28 2023 00:15:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14713428 | Email/Text: govtaudits@labcorp.com | Jan 28 2023 00:15:00 | Laboratory Corporation of America, P.O. Box 2240, Burlington, NC 27216-2240 |
| 14735416 | Email/Text: ktramble@lendmarkfinancial.com | Jan 28 2023 00:15:00 | Lendmark Financial Services, LLC, 2118 Usher Street, Covington, GA 30014 |
| 14774730 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 28 2023 00:17:10 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box |

District/off: 0315-2 | User: auto | Page 3 of 4
Date Rcvd: Jan 27, 2023 | Form ID: 408 | Total Noticed: 72

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 10587, Greenville, SC 29603-0587 |
| 14698581 | | Email/Text: rcpsbankruptcynotices@parallon.com | Jan 28 2023 00:16:00 | Medicredit, Inc., P.O. Box 1629, Maryland Heights, MO 63043-0629 |
| 14713429 | + | Email/Text: daltonr@monhealthsys.org | Jan 28 2023 00:15:00 | Monongalia General Hospital, 1200 JD Anderson Drive, Morgantown, WV 26505-3486 |
| 14725104 | | Email/PDF: cbp@onemainfinancial.com | Jan 28 2023 00:16:49 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14698584 | | Email/PDF: cbp@onemainfinancial.com | Jan 28 2023 00:17:12 | One Main Financial, 170 Greene Plaza, Waynesburg, PA 15370-8142 |
| 14698585 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 28 2023 00:16:00 | PA Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14832264 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 28 2023 00:16:56 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14748034 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 28 2023 00:17:07 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14698588 | + | Email/Text: bankruptcy@rentacenter.com | Jan 28 2023 00:16:00 | Rent-a-Center, 207 Wal Mart Drive, Uniontown, PA 15401-8423 |
| 14708828 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 28 2023 00:16:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 14698589 | | Email/Text: enotifications@santanderconsumerusa.com | Jan 28 2023 00:16:00 | Santander Consumer USA, Attn: Bankruptcy Dept., P.O. Box 560284, Dallas, TX 75356-0284 |
| 15009837 | + | Email/Text: bncmail@w-legal.com | Jan 28 2023 00:16:00 | Scolopax, LLC, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14698590 | + | Email/Text: bankruptcydepartment@tsico.com | Jan 28 2023 00:16:00 | Transworld Systems, Inc., 500 Virginia Drive--Suite 514, Fort Washington, PA 19034-2733 |
| 14760696 | + | Email/Text: bankruptcy@firstenergycorp.com | Jan 28 2023 00:16:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 14698593 | + | Email/Text: bankruptcy@firstenergycorp.com | Jan 28 2023 00:16:00 | West Penn Power, 1310 Fairmont Avenue, Fairmont, WV 26554-3526 |
| 14698595 | | Email/Text: hbbankruptcynotices@wvumedicine.org | Jan 28 2023 00:15:00 | West Virginia University Hospitals, Patient Accounting Office, P.O. Box 1127, Morgantown, WV 26507-1127 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ford Motor Credit Company LLC |
| cr | | Harley-Davidson Credit Corp |
| cr | | NBS Harley-Davidson Credit Corp |
| 14898673 | *+ | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 15009838 | *+ | Scolopax, LLC, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14713436 | ## | Womens Health Care of Morgantown, 1249 Suncrest Towne Centre, Morgantown, WV 26505-1876 |

TOTAL: 3 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jan 27, 2023 | Form ID: 408 | Total Noticed: 72 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2023       Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Harley-Davidson Credit Corp bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor NBS Harley-Davidson Credit Corp bnicholas@kmllawgroup.com |
| Daniel R. White | on behalf of Joint Debtor Brittanie N. Stone lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com |
| Daniel R. White | on behalf of Debtor Christopher A. Stone lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com |
| Garry Alan Masterson | on behalf of Creditor Ford Motor Credit Company LLC pitecf@weltman.com |
| James P. Valecko | on behalf of Creditor Ford Motor Credit Company LLC jvalecko@weltman.com  PitEcf@weltman.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| William E. Craig | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 9