**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>CHRISTOPHER A. STONE<br>BRITTANIE N. STONE<br>　　　Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>　　　Movant<br>　　vs.<br>No Respondents. | Case No.:17-23825 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

January 26, 2023

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 09/25/2017 and confirmed on 1/12/18 . The case was subsequently Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 92,160.01 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 92,160.01 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 6,124.28 | |
|   Trustee Fee | 4,047.12 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 10,171.40 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   AARONS INC(*) | 300.00 | 300.00 | 37.42 | 337.42 |
|     Acct: 455R | | | | |
|   CREDITOR INFORMATION MISSING OR V/ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RENT A CENTER INC | 500.00 | 500.00 | 62.37 | 562.37 |
|     Acct: 2639 | | | | |
|   FORD MOTOR CREDIT COMPANY LLC(*) | 33,214.37 | 33,214.37 | 4,112.22 | 37,326.59 |
|     Acct: 5173 | | | | |
|   HARLEY DAVIDSON CREDIT CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8165 | | | | |
|   SANTANDER CONSUMER USA | 23,275.92 | 23,275.92 | 3,227.62 | 26,503.54 |
|     Acct: 7768 | | | | |
|   FORD MOTOR CREDIT COMPANY LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0735 | | | | |
| | | | | 64,729.92 |
| **Priority** | | | | |
|   DANIEL R WHITE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CHRISTOPHER A. STONE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ZEBLEY MEHALOV & WHITE PC | 3,300.00 | 3,300.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ZEBLEY MEHALOV & WHITE PC | 2,824.28 | 2,824.28 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXX2-22 | | | | |
|   CARMICHAELS ASD & CUMBERLAND TWF | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5676 | | | | |
|   INTERNAL REVENUE SERVICE* | 4,514.35 | 4,514.35 | 0.00 | 4,514.35 |
|     Acct: 5676 | | | | |
|   SOUTHEASTERN GREENE ASD (DUNKAR | 589.49 | 589.49 | 0.00 | 589.49 |
|     Acct: 5676 | | | | |
|   DUNKARD TOWNSHIP (EIT) | 589.49 | 589.49 | 0.00 | 589.49 |
|     Acct: 5676 | | | | |
|   SOUTHEASTERN GREENE ASD (DUNKAR | 1,039.06 | 1,039.06 | 0.00 | 1,039.06 |
|     Acct: 5676 | | | | |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Priority | | | | | |
| | DUNKARD TOWNSHIP (EIT) | 1,039.94 | 1,039.94 | 0.00 | 1,039.94 |
| | Acct: 5676 | | | | |
| | CREDIT ACCEPTANCE CORP* | 0.00 | 7,812.64 | 0.00 | 7,812.64 |
| | Acct: 1889 | | | | |
| | | | | | 15,584.97 |
| Unsecured | | | | | |
| | ALLSTATE INSURANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ALLSTATE INSURANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2004 | | | | |
| | ATLANTIC BROADBAND* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6348 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 1,289.19 | 51.57 | 0.00 | 51.57 |
| | Acct: 5057 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 1,069.13 | 42.77 | 0.00 | 42.77 |
| | Acct: 6033 | | | | |
| | CARDINAL PEDIATRICS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | COMMUNITY BANK(*) | 553.08 | 22.12 | 0.00 | 22.12 |
| | Acct: 0416 | | | | |
| | CORNERSTONE CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0828 | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 865.14 | 34.61 | 0.00 | 34.61 |
| | Acct: 7008 | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 701.57 | 28.06 | 0.00 | 28.06 |
| | Acct: 0161 | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 505.66 | 20.23 | 0.00 | 20.23 |
| | Acct: 6862 | | | | |
| | DIRECTV LLC BY AMERICAN INFOSOURC | 228.61 | 9.14 | 0.00 | 9.14 |
| | Acct: 8862 | | | | |
| | DISH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2817 | | | | |
| | FORD MOTOR CREDIT COMPANY LLC(*) | 11,875.21 | 475.01 | 0.00 | 475.01 |
| | Acct: 0735 | | | | |
| | FOX FORD MERCURY INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JAMES GESHAY DDS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | HEISKELL KING BURNS AND TALLMAN SU | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: G7UP | | | | |
| | ASHLEY FUNDING SERVICES LLC - ASSIG | 108.14 | 4.33 | 0.00 | 4.33 |
| | Acct: 4370 | | | | |
| | SCOLOPAX LLC | 6,394.48 | 255.78 | 0.00 | 255.78 |
| | Acct: 4114 | | | | |
| | SCOLOPAX LLC | 3,923.14 | 156.93 | 0.00 | 156.93 |
| | Acct: 4016 | | | | |
| | MED EXPRESS BILLING++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2023 | | | | |
| | MED EXPRESS BILLING++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MON HEALTH MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MON HEALTH MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0706 | | | | |
| | MONONGALIA GENERAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: A001 | | | | |
| | PRA RECEIVABLES MANAGEMENT LLC - A | 7,925.83 | 317.03 | 0.00 | 317.03 |
| | Acct: 4899 | | | | |
| | QUICK LANE AT FOX FORD | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: | | | | |
| | RADIOLOGICAL PHYSICIAN ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9801 | | | | |
| | RUBY MEMORIAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | H JAMES SEESE OD | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | TENDER CARE PEDIATRIC DENTISTRY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | UNITED BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | UNIVERSITY HEALTH ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6394 | | | | |
| | UNIVERSITY HEALTH ASSOC DENTAL PR/ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 54X1 | | | | |
| | WEST PENN POWER* | 346.62 | 13.86 | 0.00 | 13.86 |
| | Acct: 1611 | | | | |
| | WEST VIRGINIA EMERGENCY PHYSICIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2127 | | | | |
| | WVU HOSPITALS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4119 | | | | |
| | WINDSTREAM COMMUNICATIONS | 131.01 | 5.24 | 0.00 | 5.24 |
| | Acct: 2141 | | | | |
| | WOMENS HEALTH CARE OF MORGANTO\ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | INTERNAL REVENUE SERVICE* | 270.73 | 10.83 | 0.00 | 10.83 |
| | Acct: 5676 | | | | |
| | HARLEY DAVIDSON CREDIT CORP* | 5,655.31 | 226.21 | 0.00 | 226.21 |
| | Acct: 8165 | | | | |
| | NATIONAL BANKRUPTCY SERVICES LLC+ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ROUTE 21 ESTATES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | WILLIAM E CRAIG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CREDIT COLLECTIONS USA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CREDIT COLLECTIONS USA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | DEBT COLLECTION PARTNER++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | DIVERSIFIED CONSULTANTS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | FIDELITY PROPERTIES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MEDICREDIT CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | QUALITY ASSET RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | TRANSWORLD SYSTEMS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 1,673.72 |

TOTAL PAID TO CREDITORS                                                              81,988.61

| | |
|---|---|
| TOTAL CLAIMED | |
| PRIORITY | 7,772.33 |
| SECURED | 57,290.29 |
| UNSECURED | 41,842.85 |

Date: 01/26/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
CHRISTOPHER A. STONE
BRITTANIE N. STONE
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:17-23825 JAD

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-23825-JAD |
| Christopher A. Stone | Chapter 13 |
| Brittanie N. Stone | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Jan 27, 2023 | Form ID: pdf900 | Total Noticed: 72 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Christopher A. Stone, Brittanie N. Stone, Route 21 Mobile Home Park--Lot 19, Carmichaels, PA 15320 |
| 14698560 | + | Aaron's Sales & Lease Ownership, 575 Morgantown Road, Uniontown, PA 15401-5431 |
| 14698561 | | Allstate Insurance Company, P.O. Box 4310, Carol Stream, IL 60197-4310 |
| 14713421 | | Atlantic Broadband, 120 Southmont Boulevard, Johnstown, PA 15905-4291 |
| 14713422 | | Cardinal Pediatrics, LLC, 1247 Suncrest Towne Center, Morgantown, WV 26505-1876 |
| 14713423 | | Carmichaels SD, Cumberland c/o Keystone, P.O. Box 529, Irwin, PA 15642-0529 |
| 14698563 | + | Collection Service Center, Inc., 2917 White Hall Boulevard, P.O. Box 2060, Fairmont, WV 26555-2060 |
| 14698564 | | Cornerstone Care, 7 Glassworks Road, Greensboro, PA 15338-9507 |
| 14698569 | + | Debt Collection Partners, 11 Commerce Driver--Suite 208, Westover, WV 26501-3858 |
| 14698574 | + | Fidelity Properties, P.O. Box 2055, Alliance, OH 44601-0055 |
| 14713425 | + | Fox Ford, Inc., 743 East High Street, Wayneburg, PA 15370-1779 |
| 14713433 | | H. James Seese, O.D., 5605 University Town CenterSuite A, Morgantown, WV 26501-2292 |
| 14698577 | + | Heiskell King Burns & Tallman Surgical, 600 Suncrest Towne Center--Suite 310, Morgantown, WV 26505-0589 |
| 14713427 | + | JC Amos, JD, LLM, P.O. Box 3040, Fairmont, WV 26555-3040 |
| 14713426 | + | James Geshay, Jr., D.D.S, Pediatric Dentistry, 634 Pittsburgh Road, Uniontown, PA 15401-2214 |
| 14780665 | + | Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14698579 | | Lendmark Financial Services of WV, 6526 Mall Road, Morgantown, WV 26501-8525 |
| 14698580 | | MedExpress Billing, P.O. Box 719, Dellslow, WV 26531-0719 |
| 14698582 | | Mon Health Medical Center, P.O. Box 660, Morgantown, WV 26507-0660 |
| 14698583 | | Mon Health Medical Center Clinics, 600 Suncrest Town Centre--Suite 310, Morgantown, WV 26505-1873 |
| 14713430 | + | National Bankruptcy Services.com.LLC, 9441 LBJ FreewaySuite 250, Dallas, TX 75243-4640 |
| 14698586 | + | Quality Asset Recovery, 7 Foster Avenue--Suite 101, Gibbsboro, NJ 08026-1191 |
| 14713431 | + | Quick Lane at Fox Ford, Inc.,, 901 East High Street, Waynesburg, PA 15370-1723 |
| 14698587 | + | Radiological Physician Associates, 700 Village Drive, Fairmont, WV 26554-7985 |
| 14713432 | | Ruby Memorial Hospital, P.O. Box 1127, Morgantown, WV 26507-1127 |
| 14713434 | | Tender Care Pediatric Dentistry, 6583 Route 819 SouthSuite 1, Mount Pleasant, PA 15666 |
| 14713435 | + | United Bank, 113 Penn Street, Point Marion, PA 15474-1263 |
| 14698591 | + | University Health Associates, P.O. Box 776, Morgantown, WV 26507-0776 |
| 14698592 | + | University Health Associates Dental, 1075 Van Voorhis Road, Morgantown, WV 26505-3586 |
| 14698594 | + | West Virginia Emergency Physicians, 4350 Fowler Street--Suite 15, Fort Myers, FL 33901-2699 |
| 14776498 | + | Windstream, Attn: Financial Services, 1720 Galleria Blvd, Charlotte, NC 28270-2408 |
| 14698596 | | Windstream Communications, 1720 Galleria Boulevard, Louisville, KY 40290-1908 |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Jan 28 2023 00:17:19 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | | |
| | | | Jan 28 2023 00:16:00 | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |

Case 17-23825-JAD  Doc 118  Filed 01/29/23  Entered 01/30/23 00:28:24  Desc
Imaged Certificate of Notice  Page 8 of 10

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 27, 2023 | Form ID: pdf900 | Total Noticed: 72 |

| | | | | |
|---|---|---|---|---|
| cr | + | Email/Text: bncmail@w-legal.com | Jan 28 2023 00:16:00 | Weinstein & Riley, P.S., 2001 Western Avenue, Suite 400, Seattle, WA 98121-3132 |
| 14775421 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 28 2023 00:16:59 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14698562 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 28 2023 00:17:15 | Capital One, c/o TSYS Total Debt Management, P.O. Box 5155, Norcross, GA 30091 |
| 14713424 | | Email/Text: svlainich@communitybank.tv | Jan 28 2023 00:16:00 | Community Bank, 100 North Market Street, P.O. Box 357, Carmichaels, PA 15320 |
| 14724610 | + | Email/Text: svlainich@communitybank.tv | Jan 28 2023 00:16:00 | Community Bank, 90 W. Chestnut St., Suite 100, Washington, PA 15301-4524 |
| 15437479 | + | Email/Text: ebnnotifications@creditacceptance.com | Jan 28 2023 00:15:00 | Credit Acceptance, 25505 W Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14698565 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 28 2023 00:16:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 14698566 | + | Email/Text: ccusa@ccuhome.com | Jan 28 2023 00:15:00 | Credit Collections, USA, 16 Distributor Drive--Suite 1, Morgantown, WV 26501-0121 |
| 14698567 | + | Email/Text: EBN@thecmigroup.com | Jan 28 2023 00:15:00 | Credit Management, Inc., 4200 International Parkway, Carrollton, TX 75007-1912 |
| 14698568 | | Email/PDF: creditonebknotifications@resurgent.com | Jan 28 2023 00:17:06 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 14698570 | | Email/Text: G06041@att.com | Jan 28 2023 00:16:00 | Direct TV, P.O. Box 78626, Phoenix, AZ 85062-8626 |
| 14698569 | + | Email/Text: INFO@DCPWV.COM | Jan 28 2023 00:15:00 | Debt Collection Partners, 11 Commerce Driver--Suite 208, Westover, WV 26501-3858 |
| 14772060 | | Email/Text: G06041@att.com | Jan 28 2023 00:16:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14698571 | | Email/Text: Bankruptcy.Consumer@dish.com | Jan 28 2023 00:15:00 | Dish Network, P.O. Box 94063, Palatine, IL 60094-4063 |
| 14698572 | + | Email/Text: bankruptcynotices@dcicollect.com | Jan 28 2023 00:16:00 | Diversified Consultant, 10550 Deerwood Park Boulevard, Jacksonville, FL 32256-0596 |
| 14698573 | + | Email/Text: bankruptcydepartment@tsico.com | Jan 28 2023 00:16:00 | EOS CCA, P. O. Box 981025, Boston, MA 02298-1025 |
| 14698575 | | Email/Text: EBNBKNOT@ford.com | Jan 28 2023 00:16:00 | Ford Motor Credit Company, LLC, National Bankruptcy Service Center, P.O. Box 62180, Colorado Springs, CO 80962 |
| 14749265 | | Email/Text: EBNBKNOT@ford.com | Jan 28 2023 00:16:00 | Ford Motor Credit Company, LLC, P.O. Box 62180, Colorado Springs, CO 80962 |
| 14712341 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Jan 28 2023 00:15:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 14698576 | | Email/Text: bankruptcy.notices@hdfsi.com | Jan 28 2023 00:16:00 | Harley-Davidson Credit Corp., P.O. Box 22048, Carson City, NV 89721-2048 |
| 14698578 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 28 2023 00:15:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14713428 | | Email/Text: govtaudits@labcorp.com | Jan 28 2023 00:15:00 | Laboratory Corporation of America, P.O. Box 2240, Burlington, NC 27216-2240 |
| 14735416 | | Email/Text: ktramble@lendmarkfinancial.com | Jan 28 2023 00:15:00 | Lendmark Financial Services, LLC, 2118 Usher Street, Covington, GA 30014 |
| 14774730 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 28 2023 00:16:59 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 10587, Greenville, SC 29603-0587 |
| 14698581 | | Email/Text: rcpsbankruptcynotices@parallon.com | Jan 28 2023 00:16:00 | Medicredit, Inc., P.O. Box 1629, Maryland Heights, MO 63043-0629 |
| 14713429 | + | Email/Text: daltonr@monhealthsys.org | Jan 28 2023 00:15:00 | Monongalia General Hospital, 1200 JD Anderson Drive, Morgantown, WV 26505-3486 |
| 14725104 | | Email/PDF: cbp@onemainfinancial.com | Jan 28 2023 00:17:04 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14698584 | | Email/PDF: cbp@onemainfinancial.com | Jan 28 2023 00:16:50 | One Main Financial, 170 Greene Plaza, Waynesburg, PA 15370-8142 |
| 14698585 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 28 2023 00:16:00 | PA Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14832264 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 28 2023 00:17:08 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14748034 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 28 2023 00:17:08 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14698588 | + | Email/Text: bankruptcy@rentacenter.com | Jan 28 2023 00:16:00 | Rent-a-Center, 207 Wal Mart Drive, Uniontown, PA 15401-8423 |
| 14708828 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 28 2023 00:16:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 14698589 | | Email/Text: enotifications@santanderconsumerusa.com | Jan 28 2023 00:16:00 | Santander Consumer USA, Attn: Bankruptcy Dept., P.O. Box 560284, Dallas, TX 75356-0284 |
| 15009837 | + | Email/Text: bncmail@w-legal.com | Jan 28 2023 00:16:00 | Scolopax, LLC, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14698590 | + | Email/Text: bankruptcydepartment@tsico.com | Jan 28 2023 00:16:00 | Transworld Systems, Inc., 500 Virginia Drive--Suite 514, Fort Washington, PA 19034-2733 |
| 14760696 | + | Email/Text: bankruptcy@firstenergycorp.com | Jan 28 2023 00:16:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 14698593 | + | Email/Text: bankruptcy@firstenergycorp.com | Jan 28 2023 00:16:00 | West Penn Power, 1310 Fairmont Avenue, Fairmont, WV 26554-3526 |
| 14698595 | | Email/Text: hbbankruptcynotices@wvumedicine.org | Jan 28 2023 00:15:00 | West Virginia University Hospitals, Patient Accounting Office, P.O. Box 1127, Morgantown, WV 26507-1127 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ford Motor Credit Company LLC |
| cr | | Harley-Davidson Credit Corp |
| cr | | NBS Harley-Davidson Credit Corp |
| 14898673 | *+ | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 15009838 | *+ | Scolopax, LLC, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14713436 | ## | Womens Health Care of Morgantown, 1249 Suncrest Towne Centre, Morgantown, WV 26505-1876 |

TOTAL: 3 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jan 27, 2023 | Form ID: pdf900 | Total Noticed: 72 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2023          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Harley-Davidson Credit Corp bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor NBS Harley-Davidson Credit Corp bnicholas@kmllawgroup.com |
| Daniel R. White | on behalf of Joint Debtor Brittanie N. Stone lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com |
| Daniel R. White | on behalf of Debtor Christopher A. Stone lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com |
| Garry Alan Masterson | on behalf of Creditor Ford Motor Credit Company LLC pitecf@weltman.com |
| James P. Valecko | on behalf of Creditor Ford Motor Credit Company LLC jvalecko@weltman.com  PitEcf@weltman.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| William E. Craig | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 9