IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Christopher A. Stone and Brittanie N. Stone, | : | Case No. 17-23825 JAD |
| | : | |
| | : | Document No. |
| Debtors. | : | |
| | : | |
| Christopher A. Stone and Brittanie N. Stone, | : | |
| | : | |
| | : | |
| Movants, | : | |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, | : | |
| | | |
| Respondent. | | |

<u>DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY</u>

AND NOW come the Debtors, Christopher A. Stone and Brittanie N. Stone, by and through their counsel, Zebley Mehalov & White, and certifies under penalty of perjury that the following statements are true and correct:

1.      The Debtors have made all payments required by the Chapter 13 Plan.

2.      Debtors are not required to pay any Domestic Support Obligations.

3.      The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code.  The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code.  Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4.      On November 1, 2022, at docket numbers 104 & 105, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a Certification of Completion of a Post-Petition Instructional Course in Personal Financial Management, with the Certificate of Completion attached to the form.

This Certification is being signed under penalty of perjury by:  Debtors carefully examined and understands each of the Bankruptcy Code sections referenced in this Certification.

Dated: February 27, 2023

/s/Christopher A. Stone
Christopher A. Stone, Debtor


/s/Brittanie N. Stone
Brittanie N. Stone, Joint Debtor


ZEBLEY MEHALOV & WHITE, P.C.

BY:  /s/ Daniel R. White
       Daniel R. White, Esquire
       PA I.D. No. 78718
       P.O. Box 2123
       Uniontown, PA 15401
       724-439-9200
       dwhite@Zeblaw.com