| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Christopher A. Stone<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–5676<br>EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Brittanie N. Stone<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–2141<br>EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:    17–23825–JAD | | |

# Order of Discharge                                                                                                    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Christopher A. Stone                                              Brittanie N. Stone
                                                                  fka Brittanie N. Schaum

3/21/23                                                           **By the court:** Jeffery A. Deller
                                                                                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-23825-JAD |
| Christopher A. Stone | Chapter 13 |
| Brittanie N. Stone | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Mar 21, 2023 | Form ID: 3180W | Total Noticed: 75 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Christopher A. Stone, Brittanie N. Stone, Route 21 Mobile Home Park--Lot 19, Carmichaels, PA 15320 |
| 14698560 | + | Aaron's Sales & Lease Ownership, 575 Morgantown Road, Uniontown, PA 15401-5431 |
| 14698561 | | Allstate Insurance Company, P.O. Box 4310, Carol Stream, IL 60197-4310 |
| 14713421 | | Atlantic Broadband, 120 Southmont Boulevard, Johnstown, PA 15905-4291 |
| 14713422 | | Cardinal Pediatrics, LLC, 1247 Suncrest Towne Center, Morgantown, WV 26505-1876 |
| 14713423 | | Carmichaels SD, Cumberland c/o Keystone, P.O. Box 529, Irwin, PA 15642-0529 |
| 14698563 | + | Collection Service Center, Inc., 2917 White Hall Boulevard, P.O. Box 2060, Fairmont, WV 26555-2060 |
| 14698564 | | Cornerstone Care, 7 Glassworks Road, Greensboro, PA 15338-9507 |
| 14698574 | + | Fidelity Properties, P.O. Box 2055, Alliance, OH 44601-0055 |
| 14713425 | + | Fox Ford, Inc., 743 East High Street, Wayneburg, PA 15370-1779 |
| 14713433 | | H. James Seese, O.D., 5605 University Town CenterSuite A, Morgantown, WV 26501-2292 |
| 14698577 | + | Heiskell King Burns & Tallman Surgical, 600 Suncrest Towne Center--Suite 310, Morgantown, WV 26505-0589 |
| 14713427 | + | JC Amos, JD, LLM, P.O. Box 3040, Fairmont, WV 26555-3040 |
| 14713426 | + | James Geshay, Jr., D.D.S, Pediatric Dentistry, 634 Pittsburgh Road, Uniontown, PA 15401-2214 |
| 14780665 | + | Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14698579 | | Lendmark Financial Services of WV, 6526 Mall Road, Morgantown, WV 26501-8525 |
| 14698580 | | MedExpress Billing, P.O. Box 719, Dellslow, WV 26531-0719 |
| 14698582 | | Mon Health Medical Center, P.O. Box 660, Morgantown, WV 26507-0660 |
| 14698583 | | Mon Health Medical Center Clinics, 600 Suncrest Town Centre--Suite 310, Morgantown, WV 26505-1873 |
| 14713430 | + | National Bankruptcy Services.com.LLC, 9441 LBJ FreewaySuite 250, Dallas, TX 75243-4640 |
| 14698586 | + | Quality Asset Recovery, 7 Foster Avenue--Suite 101, Gibbsboro, NJ 08026-1191 |
| 14713431 | + | Quick Lane at Fox Ford, Inc.,, 901 East High Street, Waynesburg, PA 15370-1723 |
| 14698587 | + | Radiological Physician Associates, 700 Village Drive, Fairmont, WV 26554-7985 |
| 14713432 | | Ruby Memorial Hospital, P.O. Box 1127, Morgantown, WV 26507-1127 |
| 14713434 | | Tender Care Pediatric Dentistry, 6583 Route 819 SouthSuite 1, Mount Pleasant, PA 15666 |
| 14713435 | + | United Bank, 113 Penn Street, Point Marion, PA 15474-1263 |
| 14698591 | + | University Health Associates, P.O. Box 776, Morgantown, WV 26507-0776 |
| 14698592 | + | University Health Associates Dental, 1075 Van Voorhis Road, Morgantown, WV 26505-3586 |
| 14698594 | + | West Virginia Emergency Physicians, 4350 Fowler Street--Suite 15, Fort Myers, FL 33901-2699 |
| 14776498 | + | Windstream, Attn: Financial Services, 1720 Galleria Blvd, Charlotte, NC 28270-2408 |
| 14698596 | | Windstream Communications, 1720 Galleria Boulevard, Louisville, KY 40290-1908 |
| 14713436 | | Womens Health Care of Morgantown, 1249 Suncrest Towne Centre, Morgantown, WV 26505-1876 |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Mar 22 2023 04:05:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 22 2023 00:11:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Mar 22 2023 04:05:00 | Pennsylvania Dept. of Revenue, Department |

| Recip ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| | | | 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 22 2023 00:11:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + EDI: PRA.COM | Mar 22 2023 04:05:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + Email/Text: enotifications@santanderconsumerusa.com | Mar 22 2023 00:11:00 | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| cr | + Email/Text: bncmail@w-legal.com | Mar 22 2023 00:11:00 | Weinstein & Riley, P.S., 2001 Western Avenue, Suite 400, Seattle, WA 98121-3132 |
| 14775421 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 22 2023 00:10:03 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14698562 | EDI: CAPITALONE.COM | Mar 22 2023 04:05:00 | Capital One, c/o TSYS Total Debt Management, P.O. Box 5155, Norcross, GA 30091 |
| 14713424 | Email/Text: svlainich@communitybank.tv | Mar 22 2023 00:11:00 | Community Bank, 100 North Market Street, P.O. Box 357, Carmichaels, PA 15320 |
| 14724610 | + Email/Text: svlainich@communitybank.tv | Mar 22 2023 00:11:00 | Community Bank, 90 W. Chestnut St., Suite 100, Washington, PA 15301-4524 |
| 15437479 | + Email/Text: ebnnotifications@creditacceptance.com | Mar 22 2023 00:10:00 | Credit Acceptance, 25505 W Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14698565 | + EDI: CCS.COM | Mar 22 2023 04:05:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 14698566 | + EDI: CCUSA.COM | Mar 22 2023 04:05:00 | Credit Collections, USA, 16 Distributor Drive--Suite 1, Morgantown, WV 26501-7209 |
| 14698567 | + EDI: CMIGROUP.COM | Mar 22 2023 04:05:00 | Credit Management, Inc., 4200 International Parkway, Carrollton, TX 75007-1912 |
| 14698568 | Email/PDF: creditonebknotifications@resurgent.com | Mar 22 2023 00:09:43 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 14698570 | EDI: DIRECTV.COM | Mar 22 2023 04:05:00 | Direct TV, P.O. Box 78626, Phoenix, AZ 85062-8626 |
| 14698569 | + Email/Text: INFO@DCPWV.COM | Mar 22 2023 00:11:00 | Debt Collection Partners, 11 Commerce Driver--Suite 208, Westover, WV 26501-3858 |
| 14772060 | EDI: DIRECTV.COM | Mar 22 2023 04:05:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14698571 | EDI: DISH | Mar 22 2023 04:05:00 | Dish Network, P.O. Box 94063, Palatine, IL 60094-4063 |
| 14698572 | + EDI: DCI.COM | Mar 22 2023 04:05:00 | Diversified Consultant, 10550 Deerwood Park Boulevard, Jacksonville, FL 32256-0596 |
| 14698573 | + Email/Text: bankruptcydepartment@tsico.com | Mar 22 2023 00:11:00 | EOS CCA, P. O. Box 981025, Boston, MA 02298-1025 |
| 14698575 | Email/Text: EBNBKNOT@ford.com | Mar 22 2023 00:11:00 | Ford Motor Credit Company, LLC, National Bankruptcy Service Center, P.O. Box 62180, Colorado Springs, CO 80962 |
| 14749265 | Email/Text: EBNBKNOT@ford.com | Mar 22 2023 00:11:00 | Ford Motor Credit Company, LLC, P.O. Box 62180, Colorado Springs, CO 80962 |
| 14712341 | + Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Mar 22 2023 00:11:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 14698576 | Email/Text: bankruptcy.notices@hdfsi.com | Mar 22 2023 00:11:00 | Harley-Davidson Credit Corp., P.O. Box 22048, |

Case 17-23825-JAD   Doc 122   Filed 03/23/23   Entered 03/24/23 00:25:15   Desc
Imaged Certificate of Notice   Page 5 of 6

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 21, 2023 | Form ID: 3180W | Total Noticed: 75 |

| Recip ID | Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| 14698578 | EDI: IRS.COM | Mar 22 2023 04:05:00 | Carson City, NV 89721-2048<br>Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14713428 | Email/Text: govtaudits@labcorp.com | Mar 22 2023 00:11:00 | Laboratory Corporation of America, P.O. Box 2240, Burlington, NC 27216-2240 |
| 14735416 | Email/Text: ktramble@lendmarkfinancial.com | Mar 22 2023 00:10:00 | Lendmark Financial Services, LLC, 2118 Usher Street, Covington, GA 30014 |
| 14774730 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 22 2023 00:09:43 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14698581 | EDI: PARALONMEDCREDT | Mar 22 2023 04:05:00 | Medicredit, Inc., P.O. Box 1629, Maryland Heights, MO 63043-0629 |
| 14713429 | + Email/Text: daltonr@monhealthsys.org | Mar 22 2023 00:11:00 | Monongalia General Hospital, 1200 JD Anderson Drive, Morgantown, WV 26505-3486 |
| 14725104 | EDI: AGFINANCE.COM | Mar 22 2023 04:05:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14698584 | EDI: AGFINANCE.COM | Mar 22 2023 04:05:00 | One Main Financial, 170 Greene Plaza, Waynesburg, PA 15370-8142 |
| 14698585 | EDI: PENNDEPTREV | Mar 22 2023 04:05:00 | PA Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14698585 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 22 2023 00:11:00 | PA Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14748034 | EDI: PRA.COM | Mar 22 2023 04:05:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14832264 | EDI: PRA.COM | Mar 22 2023 04:05:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14698588 | + Email/Text: bankruptcy@rentacenter.com | Mar 22 2023 00:11:00 | Rent-a-Center, 207 Wal Mart Drive, Uniontown, PA 15401-8423 |
| 14708828 | + Email/Text: enotifications@santanderconsumerusa.com | Mar 22 2023 00:11:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 14698589 | Email/Text: enotifications@santanderconsumerusa.com | Mar 22 2023 00:11:00 | Santander Consumer USA, Attn: Bankruptcy Dept., P.O. Box 560284, Dallas, TX 75356-0284 |
| 15009837 | + Email/Text: bncmail@w-legal.com | Mar 22 2023 00:11:00 | Scolopax, LLC, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14698590 | + Email/Text: bankruptcydepartment@tsico.com | Mar 22 2023 00:11:00 | Transworld Systems, Inc., 500 Virginia Drive--Suite 514, Fort Washington, PA 19034-2733 |
| 14760696 | + Email/Text: bankruptcy@firstenergycorp.com | Mar 22 2023 00:11:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 14698593 | + Email/Text: bankruptcy@firstenergycorp.com | Mar 22 2023 00:11:00 | West Penn Power, 1310 Fairmont Avenue, Fairmont, WV 26554-3526 |
| 14698595 | Email/Text: hbbankruptcynotices@wvumedicine.org | Mar 22 2023 00:10:00 | West Virginia University Hospitals, Patient Accounting Office, P.O. Box 1127, Morgantown, WV 26507-1127 |

TOTAL: 46

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ford Motor Credit Company LLC |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Mar 21, 2023 | Form ID: 3180W | Total Noticed: 75 |

| | | |
|---|---|---|
| cr | | Harley-Davidson Credit Corp |
| cr | | NBS Harley-Davidson Credit Corp |
| 14898673 | *+ | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 15009838 | *+ | Scolopax, LLC, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2023          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2023 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Brian Nicholas | on behalf of Creditor Harley-Davidson Credit Corp bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor NBS Harley-Davidson Credit Corp bnicholas@kmllawgroup.com |
| Daniel R. White | on behalf of Joint Debtor Brittanie N. Stone lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com |
| Daniel R. White | on behalf of Debtor Christopher A. Stone lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com |
| Garry Alan Masterson | on behalf of Creditor Ford Motor Credit Company LLC pitecf@weltman.com |
| James P. Valecko | on behalf of Creditor Ford Motor Credit Company LLC jvalecko@weltman.com  PitEcf@weltman.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| William E. Craig | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 9