IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
3/21/23 9:20 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
CHRISTOPHER A. STONE
BRITTANIE N. STONE
    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:17-23825 JAD

Chapter 13

Related to ECF No. 115

**DEFAULT O/E JAD**

ORDER OF COURT

AND NOW, this 21st day of March, 2023, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

JEFFERY A. DELLER   jah
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-23825-JAD |
| Christopher A. Stone | Chapter 13 |
| Brittanie N. Stone | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Mar 21, 2023 | Form ID: pdf900 | Total Noticed: 73 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Christopher A. Stone, Brittanie N. Stone, Route 21 Mobile Home Park--Lot 19, Carmichaels, PA 15320 |
| 14698560 | + | Aaron's Sales & Lease Ownership, 575 Morgantown Road, Uniontown, PA 15401-5431 |
| 14698561 | | Allstate Insurance Company, P.O. Box 4310, Carol Stream, IL 60197-4310 |
| 14713421 | | Atlantic Broadband, 120 Southmont Boulevard, Johnstown, PA 15905-4291 |
| 14713422 | | Cardinal Pediatrics, LLC, 1247 Suncrest Towne Center, Morgantown, WV 26505-1876 |
| 14713423 | | Carmichaels SD, Cumberland c/o Keystone, P.O. Box 529, Irwin, PA 15642-0529 |
| 14698563 | + | Collection Service Center, Inc., 2917 White Hall Boulevard, P.O. Box 2060, Fairmont, WV 26555-2060 |
| 14698564 | | Cornerstone Care, 7 Glassworks Road, Greensboro, PA 15338-9507 |
| 14698574 | + | Fidelity Properties, P.O. Box 2055, Alliance, OH 44601-0055 |
| 14713425 | + | Fox Ford, Inc., 743 East High Street, Wayneburg, PA 15370-1779 |
| 14713433 | | H. James Seese, O.D., 5605 University Town CenterSuite A, Morgantown, WV 26501-2292 |
| 14698577 | + | Heiskell King Burns & Tallman Surgical, 600 Suncrest Towne Center--Suite 310, Morgantown, WV 26505-0589 |
| 14713427 | + | JC Amos, JD, LLM, P.O. Box 3040, Fairmont, WV 26555-3040 |
| 14713426 | + | James Geshay, Jr., D.D.S, Pediatric Dentistry, 634 Pittsburgh Road, Uniontown, PA 15401-2214 |
| 14780665 | + | Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14698579 | | Lendmark Financial Services of WV, 6526 Mall Road, Morgantown, WV 26501-8525 |
| 14698580 | | MedExpress Billing, P.O. Box 719, Dellslow, WV 26531-0719 |
| 14698582 | | Mon Health Medical Center, P.O. Box 660, Morgantown, WV 26507-0660 |
| 14698583 | | Mon Health Medical Center Clinics, 600 Suncrest Town Centre--Suite 310, Morgantown, WV 26505-1873 |
| 14713430 | + | National Bankruptcy Services.com.LLC, 9441 LBJ FreewaySuite 250, Dallas, TX 75243-4640 |
| 14698586 | + | Quality Asset Recovery, 7 Foster Avenue--Suite 101, Gibbsboro, NJ 08026-1191 |
| 14713431 | + | Quick Lane at Fox Ford, Inc.,, 901 East High Street, Waynesburg, PA 15370-1723 |
| 14698587 | + | Radiological Physician Associates, 700 Village Drive, Fairmont, WV 26554-7985 |
| 14713432 | | Ruby Memorial Hospital, P.O. Box 1127, Morgantown, WV 26507-1127 |
| 14713434 | | Tender Care Pediatric Dentistry, 6583 Route 819 SouthSuite 1, Mount Pleasant, PA 15666 |
| 14713435 | + | United Bank, 113 Penn Street, Point Marion, PA 15474-1263 |
| 14698591 | + | University Health Associates, P.O. Box 776, Morgantown, WV 26507-0776 |
| 14698592 | + | University Health Associates Dental, 1075 Van Voorhis Road, Morgantown, WV 26505-3586 |
| 14698594 | + | West Virginia Emergency Physicians, 4350 Fowler Street--Suite 15, Fort Myers, FL 33901-2699 |
| 14776498 | + | Windstream, Attn: Financial Services, 1720 Galleria Blvd, Charlotte, NC 28270-2408 |
| 14698596 | | Windstream Communications, 1720 Galleria Boulevard, Louisville, KY 40290-1908 |
| 14713436 | | Womens Health Care of Morgantown, 1249 Suncrest Towne Centre, Morgantown, WV 26505-1876 |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 22 2023 00:10:14 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 22 2023 00:11:00 | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| cr | + | Email/Text: bncmail@w-legal.com | Mar 22 2023 00:11:00 | Weinstein & Riley, P.S., 2001 Western Avenue, Suite 400, Seattle, WA 98121-3132 |
| 14775421 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

District/off: 0315-2 | User: auto | Page 2 of 4
Date Rcvd: Mar 21, 2023 | Form ID: pdf900 | Total Noticed: 73

| ID | | Method/Address | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Mar 22 2023 00:09:43 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14698562 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 22 2023 00:10:00 | Capital One, c/o TSYS Total Debt Management, P.O. Box 5155, Norcross, GA 30091 |
| 14713424 | | Email/Text: svlainich@communitybank.tv | Mar 22 2023 00:11:00 | Community Bank, 100 North Market Street, P.O. Box 357, Carmichaels, PA 15320 |
| 14724610 | + | Email/Text: svlainich@communitybank.tv | Mar 22 2023 00:11:00 | Community Bank, 90 W. Chestnut St., Suite 100, Washington, PA 15301-4524 |
| 15437479 | + | Email/Text: ebnnotifications@creditacceptance.com | Mar 22 2023 00:10:00 | Credit Acceptance, 25505 W Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14698565 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 22 2023 00:11:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 14698566 | + | Email/Text: ccusa@ccuhome.com | Mar 22 2023 00:10:00 | Credit Collections, USA, 16 Distributor Drive--Suite 1, Morgantown, WV 26501-7209 |
| 14698567 | + | Email/Text: EBN@thecmigroup.com | Mar 22 2023 00:10:00 | Credit Management, Inc., 4200 International Parkway, Carrollton, TX 75007-1912 |
| 14698568 | | Email/PDF: creditonebknotifications@resurgent.com | Mar 22 2023 00:10:03 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 14698570 | | Email/Text: G06041@att.com | Mar 22 2023 00:11:00 | Direct TV, P.O. Box 78626, Phoenix, AZ 85062-8626 |
| 14698569 | + | Email/Text: INFO@DCPWV.COM | Mar 22 2023 00:11:00 | Debt Collection Partners, 11 Commerce Driver--Suite 208, Westover, WV 26501-3858 |
| 14772060 | | Email/Text: G06041@att.com | Mar 22 2023 00:11:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14698571 | | Email/Text: Bankruptcy.Consumer@dish.com | Mar 22 2023 00:11:00 | Dish Network, P.O. Box 94063, Palatine, IL 60094-4063 |
| 14698572 | + | Email/Text: bankruptcynotices@dcicollect.com | Mar 22 2023 00:11:00 | Diversified Consultant, 10550 Deerwood Park Boulevard, Jacksonville, FL 32256-0596 |
| 14698573 | + | Email/Text: bankruptcydepartment@tsico.com | Mar 22 2023 00:11:00 | EOS CCA, P. O. Box 981025, Boston, MA 02298-1025 |
| 14698575 | | Email/Text: EBNBKNOT@ford.com | Mar 22 2023 00:11:00 | Ford Motor Credit Company, LLC, National Bankruptcy Service Center, P.O. Box 62180, Colorado Springs, CO 80962 |
| 14749265 | | Email/Text: EBNBKNOT@ford.com | Mar 22 2023 00:11:00 | Ford Motor Credit Company, LLC, P.O. Box 62180, Colorado Springs, CO 80962 |
| 14712341 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Mar 22 2023 00:11:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 14698576 | | Email/Text: bankruptcy.notices@hdfsi.com | Mar 22 2023 00:11:00 | Harley-Davidson Credit Corp., P.O. Box 22048, Carson City, NV 89721-2048 |
| 14698578 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 22 2023 00:11:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14713428 | | Email/Text: govtaudits@labcorp.com | Mar 22 2023 00:11:00 | Laboratory Corporation of America, P.O. Box 2240, Burlington, NC 27216-2240 |
| 14735416 | | Email/Text: ktramble@lendmarkfinancial.com | Mar 22 2023 00:10:00 | Lendmark Financial Services, LLC, 2118 Usher Street, Covington, GA 30014 |
| 14774730 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 22 2023 00:22:36 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14698581 | | Email/Text: rcpsbankruptcynotices@parallon.com | Mar 22 2023 00:11:00 | Medicredit, Inc., P.O. Box 1629, Maryland Heights, MO 63043-0629 |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 21, 2023 | Form ID: pdf900 | Total Noticed: 73 |

| | | | | |
|---|---|---|---|---|
| 14713429 | + | Email/Text: daltonr@monhealthsys.org | Mar 22 2023 00:11:00 | Monongalia General Hospital, 1200 JD Anderson Drive, Morgantown, WV 26505-3486 |
| 14725104 | | Email/PDF: cbp@onemainfinancial.com | Mar 22 2023 00:10:12 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14698584 | | Email/PDF: cbp@onemainfinancial.com | Mar 22 2023 00:09:38 | One Main Financial, 170 Greene Plaza, Waynesburg, PA 15370-8142 |
| 14698585 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 22 2023 00:11:00 | PA Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14748034 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 22 2023 00:10:03 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14832264 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 22 2023 00:09:43 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14698588 | + | Email/Text: bankruptcy@rentacenter.com | Mar 22 2023 00:11:00 | Rent-a-Center, 207 Wal Mart Drive, Uniontown, PA 15401-8423 |
| 14708828 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 22 2023 00:11:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 14698589 | | Email/Text: enotifications@santanderconsumerusa.com | Mar 22 2023 00:11:00 | Santander Consumer USA, Attn: Bankruptcy Dept., P.O. Box 560284, Dallas, TX 75356-0284 |
| 15009837 | + | Email/Text: bncmail@w-legal.com | Mar 22 2023 00:11:00 | Scolopax, LLC, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14698590 | + | Email/Text: bankruptcydepartment@tsico.com | Mar 22 2023 00:11:00 | Transworld Systems, Inc., 500 Virginia Drive--Suite 514, Fort Washington, PA 19034-2733 |
| 14760696 | + | Email/Text: bankruptcy@firstenergycorp.com | Mar 22 2023 00:11:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 14698593 | + | Email/Text: bankruptcy@firstenergycorp.com | Mar 22 2023 00:11:00 | West Penn Power, 1310 Fairmont Avenue, Fairmont, WV 26554-3526 |
| 14698595 | | Email/Text: hbbankruptcynotices@wvumedicine.org | Mar 22 2023 00:10:00 | West Virginia University Hospitals, Patient Accounting Office, P.O. Box 1127, Morgantown, WV 26507-1127 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Ford Motor Credit Company LLC |
| cr | | Harley-Davidson Credit Corp |
| cr | | NBS Harley-Davidson Credit Corp |
| 14898673 | *+ | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 15009838 | *+ | Scolopax, LLC, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Mar 21, 2023 | Form ID: pdf900 | Total Noticed: 73 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2023         Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Harley-Davidson Credit Corp bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor NBS Harley-Davidson Credit Corp bnicholas@kmllawgroup.com |
| Daniel R. White | on behalf of Joint Debtor Brittanie N. Stone lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com |
| Daniel R. White | on behalf of Debtor Christopher A. Stone lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com |
| Garry Alan Masterson | on behalf of Creditor Ford Motor Credit Company LLC pitecf@weltman.com |
| James P. Valecko | on behalf of Creditor Ford Motor Credit Company LLC jvalecko@weltman.com  PitEcf@weltman.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| William E. Craig | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 9