UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| In re:<br>　　CHRISTOPHER A. STONE<br>　　BRITTANIE N. STONE<br>　　　　Debtor(s) | Case No. 17-23825JAD |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/25/2017.

2) The plan was confirmed on 01/12/2018.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 04/16/2018, 10/26/2020, 02/01/2022.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 01/04/2023.

6) Number of months from filing or conversion to last payment: 63.

7) Number of months case was pending: 66.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $27,370.00.

10) Amount of unsecured claims discharged without full payment: $56,423.13.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $92,160.01 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $92,160.01

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $6,124.28 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $4,047.12 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $10,171.40

Attorney fees paid and disclosed by debtor: $700.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AARONS INC(*) | Secured | 311.00 | NA | 300.00 | 300.00 | 37.42 |
| ALLSTATE INSURANCE | Unsecured | 521.00 | NA | NA | 0.00 | 0.00 |
| ALLSTATE INSURANCE | Unsecured | 128.00 | NA | NA | 0.00 | 0.00 |
| ASHLEY FUNDING SERVICES LLC - A | Unsecured | 0.00 | 108.14 | 108.14 | 4.33 | 0.00 |
| ATLANTIC BROADBAND* | Unsecured | 208.00 | NA | NA | 0.00 | 0.00 |
| CARDINAL PEDIATRICS LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CARMICHAELS ASD & CUMBERLANI | Priority | 2,551.00 | NA | NA | 0.00 | 0.00 |
| COMMUNITY BANK(*) | Unsecured | 518.00 | 553.08 | 553.08 | 22.12 | 0.00 |
| CORNERSTONE CARE | Unsecured | 184.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ACCEPTANCE CORP* | Priority | 0.00 | 20,433.60 | 0.00 | 7,812.64 | 0.00 |
| CREDITOR INFORMATION MISSING C | Secured | 10,610.00 | NA | NA | 0.00 | 0.00 |
| DIRECTV LLC BY AMERICAN INFOSC | Unsecured | 0.00 | 228.61 | 228.61 | 9.14 | 0.00 |
| DISH NETWORK | Unsecured | 146.00 | NA | NA | 0.00 | 0.00 |
| DUNKARD TOWNSHIP (EIT) | Priority | NA | 589.49 | 589.49 | 589.49 | 0.00 |
| DUNKARD TOWNSHIP (EIT) | Priority | NA | 1,039.94 | 1,039.94 | 1,039.94 | 0.00 |
| FORD MOTOR CREDIT COMPANY LL( | Secured | 40,496.00 | 40,646.80 | 33,214.37 | 33,214.37 | 4,112.22 |
| FORD MOTOR CREDIT COMPANY LL( | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| FORD MOTOR CREDIT COMPANY LL( | Unsecured | 17,951.00 | 11,875.21 | 11,875.21 | 475.01 | 0.00 |
| FOX FORD MERCURY INC | Unsecured | 336.00 | NA | NA | 0.00 | 0.00 |
| H JAMES SEESE OD | Unsecured | 91.00 | NA | NA | 0.00 | 0.00 |
| HARLEY DAVIDSON CREDIT CORP* | Unsecured | 0.00 | 5,655.31 | 5,655.31 | 226.21 | 0.00 |
| HARLEY DAVIDSON CREDIT CORP* | Secured | 11,559.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| HEISKELL KING BURNS AND TALLM, | Unsecured | 616.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE* | Unsecured | 0.00 | 270.73 | 270.73 | 10.83 | 0.00 |
| INTERNAL REVENUE SERVICE* | Priority | 8,336.00 | 4,514.35 | 4,514.35 | 4,514.35 | 0.00 |
| JAMES GESHAY DDS | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC, ASSIGNEE | Unsecured | 865.00 | 865.14 | 865.14 | 34.61 | 0.00 |
| LVNV FUNDING LLC, ASSIGNEE | Unsecured | 701.00 | 701.57 | 701.57 | 28.06 | 0.00 |
| LVNV FUNDING LLC, ASSIGNEE | Unsecured | 505.00 | 505.66 | 505.66 | 20.23 | 0.00 |
| MED EXPRESS BILLING++ | Unsecured | 586.00 | NA | NA | 0.00 | 0.00 |
| MED EXPRESS BILLING++ | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MON HEALTH MEDICAL CENTER | Unsecured | 1,621.00 | NA | NA | 0.00 | 0.00 |
| MON HEALTH MEDICAL CENTER | Unsecured | 442.00 | NA | NA | 0.00 | 0.00 |
| MONONGALIA GENERAL HOSPITAL | Unsecured | 5,766.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 1,289.00 | 1,289.19 | 1,289.19 | 51.57 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 1,069.00 | 1,069.13 | 1,069.13 | 42.77 | 0.00 |
| PRA RECEIVABLES MANAGEMENT L | Unsecured | 11,566.00 | 7,925.83 | 7,925.83 | 317.03 | 0.00 |
| QUICK LANE AT FOX FORD | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGICAL PHYSICIAN ASSOC | Unsecured | 117.00 | NA | NA | 0.00 | 0.00 |
| RENT A CENTER INC | Secured | 1,200.00 | NA | 500.00 | 500.00 | 62.37 |
| RUBY MEMORIAL HOSPITAL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Secured | 23,116.00 | 23,275.92 | 23,275.92 | 23,275.92 | 3,227.62 |
| SCOLOPAX LLC | Unsecured | 5,982.00 | 6,394.48 | 6,394.48 | 255.78 | 0.00 |
| SCOLOPAX LLC | Unsecured | 3,751.00 | 3,923.14 | 3,923.14 | 156.93 | 0.00 |
| SOUTHEASTERN GREENE ASD (DUN | Priority | NA | 589.49 | 589.49 | 589.49 | 0.00 |
| SOUTHEASTERN GREENE ASD (DUN | Priority | NA | 1,039.06 | 1,039.06 | 1,039.06 | 0.00 |
| TENDER CARE PEDIATRIC DENTISTR | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| UNITED BANK | Unsecured | 798.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY HEALTH ASSOC | Unsecured | 1,678.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY HEALTH ASSOC DENTA | Unsecured | 623.00 | NA | NA | 0.00 | 0.00 |
| WEST PENN POWER* | Unsecured | 516.00 | 346.62 | 346.62 | 13.86 | 0.00 |
| WEST VIRGINIA EMERGENCY PHYSI | Unsecured | 485.00 | NA | NA | 0.00 | 0.00 |
| WINDSTREAM COMMUNICATIONS | Unsecured | 131.00 | 131.01 | 131.01 | 5.24 | 0.00 |
| WOMENS HEALTH CARE OF MORGA | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| WVU HOSPITALS | Unsecured | 1,568.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $56,490.29 | $56,490.29 | $7,339.84 |
| All Other Secured | $800.00 | $800.00 | $99.79 |
| **TOTAL SECURED:** | **$57,290.29** | **$57,290.29** | **$7,439.63** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $7,772.33 | $15,584.97 | $0.00 |
| **TOTAL PRIORITY:** | **$7,772.33** | **$15,584.97** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$41,842.85** | **$1,673.72** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| Disbursements: | | |
|---|---|---|
| Expenses of Administration | $10,171.40 | |
| Disbursements to Creditors | $81,988.61 | |
| **TOTAL DISBURSEMENTS** : | | **$92,160.01** |

    12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/24/2023       By: /s/ Ronda J. Winnecour
                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**